| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>STEVEN MITNICK, ESQ. (SM0556)<br>SM Law PC<br>P. O. Box 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>Counsel to SM Financial Services Corporation | |
| In Re:<br><br>LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP<br><br>              Debtors. | Chapter 7<br><br>Case No.: 07-22479<br><br>Judge: Hon. Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1. I, Lindsay Adams, am a legal assistant at the law firm of SM Law PC, counsel to SM Financial Services Corporation in the above-entitled matter.

2. On July 25, 2017, a filed copy of the Motion for an Order to Allow Jane Mitnick, as President of SM Financial Services Corporation, Purchaser of Remaining Assets of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending Group to Execute Assignments of Mortgage with Regard to Certain Mortgages was served upon all parties in the manner listed below.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 25, 2017                              */s/ Lindsay Adams*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Henry J. Lane, Esq.<br>Law Offices of Lane and Hamer<br>100 Main Street<br>Whitinsville, MA 01588 | Interested Party | Via Ordinary Mail |
| Joel A. Ackerman, Esq,<br>ZUCKER, GOLDBERG & ACKERMAN, LLC<br>P. O. Box 1024<br>Mountainside, New Jersey 07092-0024 | Counsel to Multiple parties | Via Notice of Electronic Filing (NEF) |
| OFFICE OF THE U. S. TRUSTEE<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | UST | Via Notice of Electronic Filing (NEF) |
| Emmanuel J. Argentieri, Esq.<br>PARKER McCAY, P. A.<br>P. O. Box 974<br>Marlton, New Jersey 08053-0974 | Counsel to IndyMac Bank, FSB, Specialised Loan Servicing, LLC, and Countrywide Home Loans | Via Notice of Electronic Filing (NEF) |
| Christopher J. Balala, Esq. | Counsel to Residential Credit Solutions, Inc. | Via Notice of Electronic Filing (NEF) |
| Brenda L. Brogdon, Esq. | Counsel to National City Mortgage Company and Specialized Loan Servicing, LLC | Via Notice of Electronic Filing (NEF) |
| Denise E. Carlon, Esq. | Counsel to U.S. Bank National Association, et al | Via Notice of Electronic Filing (NEF) |
| Marisa Myers Cohen, Esq. | Counsel to National City Mortgage Company | Via Notice of Electronic Filing (NEF) |
| Nelson Diaz, Esq. | Counsel to U.S. Bank National Association | Via Notice of Electronic Filing (NEF) |
| Jaimie B. Finberg, Esq. | Counsel to Multiple Parties | Via Notice of Electronic Filing (NEF) |
| David Patrick Fitzgibbon, Esq. | Counsel to Saxon Mortgage Services and Specialized Loan Servicing LLC | Via Notice of Electronic Filing (NEF) |
| Alexandra T. Garcia, Esq. | Counsel to Multiple Parties | Via Notice of Electronic Filing (NEF) |
| Allen I. Gorski, Esq. | Special Conflicts Counsel to the Trustee | Via Notice of Electronic Filing (NEF) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Adam D. Greenberg, Esq. | Counsel to Michael A. Cohn | Via Notice of Electronic Filing (NEF) |
| J. Alex Kress, Esq. | Counsel to Multiple Parties | Via Notice of Electronic Filing (NEF) |
| R.A. LeBron, Esq. | Counsel to Multiple Parties | Via Notice of Electronic Filing (NEF) |
| Melissa N. Licker, Esq. | Counsel to Onewest Bank, FSB | Via Notice of Electronic Filing (NEF) |
| Kristen D. Little, Esq. | Counsel to CLJ Mortgage Capital, Inc. | Via Notice of Electronic Filing (NEF) |
| Mitchell Malzberg, Esq. | Counsel to Chapter 7 Trustee | Via Notice of Electronic Filing (NEF) |
| Steven J. Mitnick, Esq. | Counsel to Chapter 7 Trustee and SM Financial Services Corporation | Via Notice of Electronic Filing (NEF) |
| Brian C. Nicholas, Esq. | Counsel to The Bank of New York Trust Company | Via Notice of Electronic Filing (NEF) |
| Karen B. Olsen, Esq. | Counsel to GMAC Mortgage, LLC | Via Notice of Electronic Filing (NEF) |
| Christine A. Pinto, Esq. | Counsel to One West Bank and Specialized Loan Servicing LLC | Via Notice of Electronic Filing (NEF) |
| Scott S. Rever, Esq. | Counsel to Joseph Bentivegna | Via Notice of Electronic Filing (NEF) |
| Colin R. Robinson, Esq. | Counsel to Elliott Salzman and Michael Brennan | Via Notice of Electronic Filing (NEF) |
| Nicholas V. Rogers, Esq. | Counsel to Federal National Mortgage Association and One West Bank | Via Notice of Electronic Filing (NEF) |
| Herbert K. Ryder, Esq. | Counsel to JP Morgan Chase | Via Notice of Electronic Filing (NEF) |
| Dori L. Scovish, Esq. | Counsel to Multiple Parties | Via Notice of Electronic Filing (NEF) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Scott D. Sherman, Esq. | Counsel to First Niagara Leasing, Inc. | Via Notice of Electronic Filing (NEF) |
| Peggy E. Stalford | Chapter 7 Trustee | Via Notice of Electronic Filing (NEF) |
| Richard D. Trenk, Esq. | Counsel to Normandy Real Estate Partners and Normandy Warren Holdings, LLC | Via Notice of Electronic Filing (NEF) |
| Martin S. Weisberg, Esq. | Counsel to Saxon Mortgage Services, Inc. | Via Notice of Electronic Filing (NEF) |
| Warren S. Wolf, Esq. | Counsel to Green Tree Loan Servicing, LLC, Ocwen Loan Servicing, LLC and REO Properties Corporation | Via Notice of Electronic Filing (NEF) |