

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>STEVEN MITNICK, ESQ., SM0556<br>SM Law PC<br>PO BOX 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>*Counsel to SM Financial Services Corporation* | **Order Filed on August 30, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP<br><br>Debtor. | Case No.: 07-22479/MBK<br><br>Hearing Date: August 28, 2017 at 10:00 a.m.<br><br>Judge: Honorable Michael B. Kaplan |

**ORDER TO ALLOW JANE MITNICK, AS PRESIDENT OF SM FINANCIAL SERVICES CORPORATION, PURCHASER OF THE REMAINING ASSETS OF LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP TO EXECUTE ASSIGNMENT OF MORTGAGE WITH REGARD TO 73 BORDER STREET, NORTHBRIDGE, MASSACHUSETTS**

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: August 30, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
**LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP**
**Case No.: 07-22479/MBK**
**ORDER TO ALLOW JANE MITNICK, AS PRESIDENT OF SM FINANCIAL SERVICES CORPORATION, PURCHASER OF THE REMAINING ASSETS OF LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP TO EXECUTE ASSIGNMENT OF MORTGAGE WITH REGARD TO 73 BORDER STREET, NORTHBRIDGE, MASSACHUSETTS**
_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through SM Financial Services Corporation's counsel seeking an Order to Allow Jane Mitnick, as President of SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending Group to Execute Certain Assignment of Mortgage with Regard to 73 Border Street, Northbridge, Massachusetts, and the Court having considered same and for good cause:

IT IS ORDERED that:

Jane Mitnick, as President of SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending can hereby execute Assignments of Mortgage, annexed hereto as Exhibit "A" on behalf of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending Group a/k/a Lancastser Mortgage Bankers, LLC d/b/a Lancaster Mortgage with regard to the following mortgage:

1)   Mortgage dated August 3, 2005
     Property Location: 73 Border Street, Northbridge, Massachusetts
     Recorded: August 4, 2005 in Book 36990, Page 320 of the Worcester
     (Massachusetts) District Registry of Deeds

*Exhibit "A"*

ASSIGNMENT OF MORTGAGE

**SM Financial Services Corporation** ["SMFC"], a New Jersey corporation having its principal place of business at 49 Old Turnpike Road, P.O. Box 530, Oldwick, New Jersey 08833 (hereinafter "Assignor") as Transferee of the interest of the Chapter 7 Trustee for debtor **Lancaster Mortgage Bankers LLC**, d/b/a Lancaster Mortgage (U.S. Bankruptcy Court – District of New Jersey, Case No. 07-22479-MBK) in all remaining assets of Lancaster Mortgage Bankers, LLC, pursuant to the attached Bill of Sale, for good and valuable consideration from Piper Properties, LLC, the receipt of which is acknowledged, and further, pursuant the authority granted by an order of the Honorable Michael B. Kaplan, U.S. Bankruptcy Judge for the District of New Jersey, hereby assigns on an "as is, where is basis with all faults," and without any and all warranties or representations of any kind or nature, whether express or implied, unto the said **Piper Properties, LLC**, a Massachusetts limited liability company with a principal place of business at 398 Douglas Road, Whitinsville, MA 01588, SMFC's interest in the following mortgage covering the premises known as and by 73 Border Street, Northbridge, Massachusetts:

Original Mortgagor: ROBERT J. WILLETTE and SALVE G. WILLETTE

Original Mortgagee: LANCASTER MORTGAGE BANKERS LLC d/b/a Lancaster Mortgage

Amount: $37,100.00

Mortgage Dated: August 3, 2005

Recorded on August 4, 2005, in Book 36990, Page 320, of the Worcester (Massachusetts) District Registry of Deeds

TOGETHER with the bond, note or obligation described in said mortgage, and the moneys due and to grow due thereon with interest.

TO HAVE AND TO HOLD the same unto the Assignee and to the successors, legal representatives and assigns of the Assignee forever without recourse in any event whatsoever.

The words "Assignor" and "Assignee" shall be construed as if to read "Assignors" and

"Assignees" whenever the sense of this instrument so requires.

IN WITNESS WHEREOF, the Assignor has duly executed this Assignment on the

____ day of June, 2017, and this Assignment is dated and effective as of the _____ day of

June, 2017

SM FINANCIAL SERVICES CORPORATION

By: _____
    Jane Mitnick, President and Treasurer

STATE OF NEW JERSEY

County of Hunlerdon

On the ___ day of June, 2017, before me came the undersigned, personally appeared Jane Mitnick, personally known to me or proved to me on the basis of satisfactory evidence which is _____ to be to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public:
My commission expires:

3828.004