|  |
|---|
| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| *Caption in Compliance with D.N.J. LBR 9004-2(c)* |
| STEVEN MITNICK, ESQ., SM0556 |
| SM Law PC |
| PO BOX 530 |
| 49 Old Turnpike Road |
| Oldwick, New Jersey 08858 |
| (908) 572-7275 |
| *Counsel to SM Financial Services Corporation* |

**Order Filed on August 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 07-22479/MBK |
|---|---|
| LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP | Hearing Date: August 28, 2017 at 10:00 a.m. |
| Debtor. | Judge: Honorable Michael B. Kaplan |

**ORDER TO ALLOW JANE MITNICK, AS PRESIDENT OF SM FINANCIAL SERVICES CORPORATION, PURCHASER OF THE REMAINING ASSETS OF LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP TO EXECUTE ASSIGNMENT OF MORTGAGE WITH REGARD TO 73 BORDER STREET, NORTHBRIDGE, MASSACHUSETTS**

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: August 30, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
**LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP**
**Case No.: 07-22479/MBK**
**ORDER TO ALLOW JANE MITNICK, AS PRESIDENT OF SM FINANCIAL SERVICES CORPORATION, PURCHASER OF THE REMAINING ASSETS OF LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP TO EXECUTE ASSIGNMENT OF MORTGAGE WITH REGARD TO 73 BORDER STREET, NORTHBRIDGE, MASSACHUSETTS**
_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through SM Financial Services Corporation's counsel seeking an Order to Allow Jane Mitnick, as President of SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending Group to Execute Certain Assignment of Mortgage with Regard to 73 Border Street, Northbridge, Massachusetts, and the Court having considered same and for good cause:

IT IS ORDERED that:

Jane Mitnick, as President of SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending can hereby execute Assignments of Mortgage, annexed hereto as Exhibit "A" on behalf of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending Group a/k/a Lancastser Mortgage Bankers, LLC d/b/a Lancaster Mortgage with regard to the following mortgage:

1) Mortgage dated August 3, 2005
Property Location:73 Border Street, Northbridge, Massachusetts
Recorded: August 4, 2005 in Book 36990, Page 320 of the Worcester
(Massachusetts) District Registry of Deeds

*Exhibit "A"*

## ASSIGNMENT OF MORTGAGE

**SM Financial Services Corporation** ["SMFC"], a New Jersey corporation having its principal place of business at 49 Old Turnpike Road, P.O. Box 530, Oldwick, New Jersey 08833 (hereinafter "Assignor") as Transferee of the interest of the Chapter 7 Trustee for debtor **Lancaster Mortgage Bankers LLC**, d/b/a Lancaster Mortgage (U.S. Bankruptcy Court – District of New Jersey, Case No. 07-22479-MBK) in all remaining assets of Lancaster Mortgage Bankers, LLC, pursuant to the attached Bill of Sale, for good and valuable consideration from Piper Properties, LLC, the receipt of which is acknowledged, and further, pursuant the authority granted by an order of the Honorable Michael B. Kaplan, U.S. Bankruptcy Judge for the District of New Jersey, hereby assigns on an "as is, where is basis with all faults," and without any and all warranties or representations of any kind or nature, whether express or implied, unto the said **Piper Properties, LLC**, a Massachusetts limited liability company with a principal place of business at 398 Douglas Road, Whitinsville, MA 01588, SMFC's interest in the following mortgage covering the premises known as and by 73 Border Street, Northbridge, Massachusetts:

Original Mortgagor: ROBERT J. WILLETTE and SALVE G. WILLETTE

Original Mortgagee: LANCASTER MORTGAGE BANKERS LLC d/b/a Lancaster Mortgage

Amount: $37,100.00

Mortgage Dated: August 3, 2005

Recorded on August 4, 2005, in Book 36990, Page 320, of the Worcester (Massachusetts) District Registry of Deeds

TOGETHER with the bond, note or obligation described in said mortgage, and the moneys due and to grow due thereon with interest.

TO HAVE AND TO HOLD the same unto the Assignee and to the successors, legal representatives and assigns of the Assignee forever without recourse in any event whatsoever.

The words "Assignor" and "Assignee" shall be construed as if to read "Assignors" and

"Assignees" whenever the sense of this instrument so requires.

IN WITNESS WHEREOF, the Assignor has duly executed this Assignment on the

____ day of June, 2017, and this Assignment is dated and effective as of the _____ day of

June, 2017

                SM FINANCIAL SERVICES CORPORATION

                By: _____
                   Jane Mitnick, President and Treasurer

                STATE OF NEW JERSEY

County of Hunlerdon

On the ___ day of June, 2017, before me came the undersigned, personally appeared Jane Mitnick, personally known to me or proved to me on the basis of satisfactory evidence which is _____ to be to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                _____
                Notary Public:
                My commission expires:

3828.004

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 07-22479-MBK
Lancaster Mortgage Bankers, LLC                                       Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin           Page 1 of 4         Date Rcvd: Aug 30, 2017
                          Form ID: pdf903       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2017.
db           +Lancaster Mortgage Bankers, LLC,   20 Independence Boulevard,   Warren, NJ 07059-2731
aty          +Vincent F. Papalia,   Saiber, LLC,   18 Columbia Turnpike,   Suite 200,
               Florham Park, NJ 07932-2266

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2017 at the address(es) listed below:
          Adam D. Greenberg    on behalf of Interested Party Michael A Cohn agreenberg@hgllclaw.com,
           Aholmes@hgllclaw.com
          Alexandra T. Garcia    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com
          Alexandra T. Garcia    on behalf of Creditor    U.S. Bank National Association, as Trustee
           NJECFMAIL@mwc-law.com
          Alexandra T. Garcia    on behalf of Creditor    ONEWEST BANK FSB NJECFMAIL@mwc-law.com
          Alexandra T. Garcia    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for
           U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-12ALT, Asset-Backed
           Certificates, Series 2005-12ALT NJECFMAIL@mwc-law.com
          Alexandra T. Garcia    on behalf of Creditor    U.S. Bank U.S. Bank National Association, as
           Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com
          Alexandra T. Garcia    on behalf of Creditor    Saxon Mortgage Services, Inc. NJECFMAIL@mwc-law.com
          Alexandra T. Garcia    on behalf of Creditor    Kondaur Capital Corporation NJECFMAIL@mwc-law.com
          Allen I Gorski    on behalf of Plaintiff Peggy  Stalford agorski@gorskiknowlton.com
          Brenda L. Brogdon    on behalf of Creditor    Specialized Loan Servicing, LLC mcohen@mwc-law.com,
           jhillier@mwc-law.com
          Brenda L. Brogdon    on behalf of Creditor    National City Mortgage Company mcohen@mwc-law.com,
           jhillier@mwc-law.com
          Brian C. Nicholas    on behalf of Creditor    The Bank of New York Trust Company, N.A. as successor
           to JPMorgan Chase Bank, National Association, f/k/a JPMorgan Chase Bank,as Trustee For Truman
           Capital Mortgage Loan Trust 2006-1 bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Christine A. Pinto    on behalf of Creditor    Specialized Loan Servicing, LLC
           BKcourtnotices@parkermccay.com
          Christine A. Pinto    on behalf of Creditor    OneWest Bank, FSB as Servicer for Deutsche Bank
           National Trust Company BKcourtnotices@parkermccay.com
          Christine A. Pinto    on behalf of Creditor    ONEWEST BANK FSB BKcourtnotices@parkermccay.com
          Christopher J. Balala    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC.
           cbalala@scurameley.com,
           ecfbkfilings@scurameley.com;dsklar@scurameley.com;ascolavino@scurameley.com
          Colin R. Robinson    on behalf of Defendant Michael  Brennan crobinson@pszjlaw.com
          Colin R. Robinson    on behalf of Defendant Elliott  Salzman crobinson@pszjlaw.com
          David Patrick Fitzgibbon    on behalf of Creditor    Saxon Mortgage Services as servicer for
           LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR
           dfitzgibbon@fsd-law.com
          David Patrick Fitzgibbon    on behalf of Creditor    Specialized Loan Servicing, LLC
           dfitzgibbon@fsd-law.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
           of the holders of the Terwin Mortgage Trust 2006-7 Asset-BackedCertificates, TMTS Series 2006-7
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com

```
District/off: 0312-3           User: admin                 Page 2 of 4                  Date Rcvd: Aug 30, 2017
                               Form ID: pdf903             Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Dori L. Scovish    on behalf of Unknown Role Type    Countrywide Home Loans doris@efwlaw.com
              Dori L. Scovish    on behalf of Creditor    REO Properties Corporation c/o Green Tree Servicing,
               LLC doris@efwlaw.com
              Dori L. Scovish    on behalf of Creditor    Deutsche Bank c/o Courntrywide Home Loans, Inc.
               doris@efwlaw.com
              Dori L. Scovish    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee, c/o
               BAC Home Loans Servicing, LP doris@efwlaw.com
              Emmanuel J. Argentieri    on behalf of Defendant    IndyMac Bank, FSB and as Successor in Interest
               to IndyMAc Mortgage Holdings, Inc. bk@rgalegal.com
              Emmanuel J. Argentieri    on behalf of Unknown Role Type    Countrywide Home Loans bk@rgalegal.com
              Emmanuel J. Argentieri    on behalf of Creditor    IndyMac Bank FSB bk@rgalegal.com
              Emmanuel J. Argentieri    on behalf of Creditor    IndyMac Bank, F.S.B. bk@rgalegal.com
              Emmanuel J. Argentieri    on behalf of Creditor    Specialized Loan Servicing, LLC bk@rgalegal.com
              Emmanuel J. Argentieri    on behalf of Creditor    Indymac Federal Bank FSB bk@rgalegal.com
              Herbert K. Ryder    on behalf of Defendant    JP Morgan Chase hk3ryder@gmail.com,
               G16776@notify.cincompass.com
              J. Alex Kress    on behalf of Defendant    Deutsche Bank National Trust Company as Trustee Under
               the Pooling and Servicing Agreement Series INABS 2006-B akress@becker.legal,
               maferrentino@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Defendant    FDIC, as Receiver for Indymac Federal Bank, FSB
               akress@becker.legal, maferrentino@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Interested Party    FDIC, as Receiver for Indymac Federal Bank, FSB
               akress@becker.legal, maferrentino@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Defendant    FDIC as Receiver of IndyMac Federal Bank
               akress@becker.legal, maferrentino@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Defendant    IndyMac Bank, FSB akress@becker.legal,
               maferrentino@becker.legal;akress@ecf.courtdrive.com
              Jaimie B. Finberg    on behalf of Defendant    Wells Fargo Bank, N.A., servicer for U.S. Bank
               National Association, as Trustee for Master Asset Backed Securities Trust 2005-AB1
               nj.bkecf@fedphe.com
              Jaimie B. Finberg    on behalf of Creditor    Litton Loan Servicing LP servicer for The Bank of New
               York Mellon f/k/a The Bank of New York as Trustee on Behalf of the Holders of the Terwin
               Mortgage Trust 2007-6ALT Asset-Backed Certificates Series nj.bkecf@fedphe.com
              Jaimie B. Finberg    on behalf of Defendant    HSBC Bank USA, National Association as Trustee for
               Nomura Asset Backed Certificate Series 2006-API nj.bkecf@fedphe.com
              Jaimie B. Finberg    on behalf of Creditor    Bank United nj.bkecf@fedphe.com
              Jaimie B. Finberg    on behalf of Defendant    Wells Fargo Bank, N.A., servicer for HSBC Bank, USA
               National Association, as Trustee for Nomura Asset Backed Certificate Series 2006-AF1
               nj.bkecf@fedphe.com
              Jaimie B. Finberg    on behalf of Defendant    U. S. Bank National Association as Trustee for
               Master Asset Backed Securities Trust 2005-AB1 nj.bkecf@fedphe.com
              Jaimie B. Finberg    on behalf of Defendant    Wells Fargo Bank, N.A., servicer for HSBC Bank, USA
               National Association, as Trustee for Deutsche Bank ALT 2006-AB2 nj.bkecf@fedphe.com
              Jaimie B. Finberg    on behalf of Defendant    HSBC BANK USA NATIONAL ASSOCIATION As Trustee for
               Deutsche Bank Alt 2006-AB2 nj.bkecf@fedphe.com
              Joel A. Ackerman    on behalf of Creditor    Citibank N.A. as Trustee jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    EMC Mortgage Corporation
               bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    FV-1, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    The Bank of New York, as Trustee on behalf of the
               Holders of the Terwin Mortgage Trust 2007-6ALT, Asset-Backed Certificates,Series 2007-6ALT
               bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Lancaster Mortgage Bankers, LLC d/b/a Lancaster
               Mortgage bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Wells Fargo, NA jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of Terwin Mortgage Trust 2006-9HGA Asset-BackedCertificates, Series
               2006-9HGA jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    IndyMac Bank, FSB bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Saxon Mortgage, Inc.
               bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. f/k/a
               The Bank of New York Trust Company, N.A. as successor to JPMorgan ChaseBank, N.A. as Trustee for
               Truman Capital Mortgage Loan Trust 2006-1 jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    DB50 2007-1TRUST jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    National Asset Direct Acquisition, LLC
               bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Saxon Mortgage Services, Inc.
               bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    GMAC Mortgage, LLC bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    IndyMac Bank FSB bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, on
               behalf of the holders of Terwin Mortgage Trust 2006-17HE Asset-BackedCertificates, Series
               2006-17HE jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee under
               the pooling and Servicing Agreement Series ITF RAST 2006-A4 jackerman@zuckergoldberg.com
```

```
District/off: 0312-3          User: admin              Page 3 of 4           Date Rcvd: Aug 30, 2017
                              Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Joel A. Ackerman   on behalf of Creditor   Bank of America, National Associationas successor by merger to LaSalle Bank NA as trustee for Washington Mutual MortgagePass-Through Certificates WMALT Series 2006-8 Trust jackerman@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   U.S. Bank National Association, as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-BackedCertificates, TMTS Series 2006-7 jackerman@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   Terwin Advisors, LLC jackerman@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   U. S. Bank National Association, as Trustee for ABFC 2007-WMC1 Trust bankruptcynotice@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for MorganStanley Mortgage Loan Trust 2007-11AR jackerman@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   50 by 50 REO, LLC jackerman@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   LaSalle Bank NA as trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-5 Trust jackerman@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   GMAC Mortgage, LLC as servicing agent for Deutsche Bank National Trust Company as Trustee for MORTGAGE IT 2004-1 jackerman@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   Washington Mutual Bank jackerman@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   JP Morgan Chase Bank, National Association as Trustee of Structured Asset Mortgage Investments II Inc., Bear Stearns Alt-ATrust, Mortgage Pass-Through Certificates Series 2005-10 bankruptcynotice@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   Citibank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage-Pass ThroughCertificates Series 2006-4 jackerman@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital, MSAC 2007-HE6 bankruptcynotice@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   IndyMac Bank, F.S.B. jackerman@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   U.S. Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR jackerman@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   U.S. Bank National Association, as Trustee for certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-BackedCertificates, Series 2005-AC6 bankruptcynotice@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   U.S. Bank National Association, as Trustee bankruptcynotice@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   JP Morgan Chase Bank, N.A., as Trustee for Certificateholders of Bear Stearns Asset Backed Securities Trust 2006-2, AssetBacked-Certificates, Series 2006-2 jackerman@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   Citibank, N.A. Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns Alt-A Trust, Mortgage Pass- ThroughCertificates Series 2006-6 jackerman@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A.  f/k/a The Bank of New York Trust Company, N.A. as successor to JPMorgan ChaseBank, N.A. as Trustee for RAMP 2005RS6 jackerman@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   REO Properties Corporation c/o Green Tree Servicing, LLC bankruptcynotice@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, National Association, f/k/a JPMorgan Chase Bank,as Trustee For Truman Capital Mortgage Loan Trust 2006-1 jackerman@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   U.S. Bank National Association, as trustee for certificateholders of Bear Stearns Asset-Backed Securities I LLC, Asset-BackedCertificates, Series 2005-AC6 jackerman@zuckergoldberg.com
      Joel A. Ackerman   on behalf of Creditor   JPMorgan Chase Bank, National Association jackerman@zuckergoldberg.com
      Karen B. Olson   on behalf of Interested Party   GMAC MORTGAGE, LLC kbo@kkmllp.com, nmm@kkmllp.com
      Kristen D. Little   on behalf of Interested Party   DLJ MORTGAGE CAPITAL, INC., kristenl@lobaf.com, JulieP@lobaf.com;lobafbk@yahoo.com
      Marisa Myers Cohen   on behalf of Creditor   National City Mortgage Company mcohen@mwc-law.com, jhillier@mwc-law.com
      Martin S. Weisberg   on behalf of Creditor   Saxon Mortgage Services, Inc. mweisberg@mwm-law.com
      Melissa N. Licker   on behalf of Creditor   ONEWEST BANK, FSB melissa.licker@buckleymadole.com
      Mitchell Malzberg   on behalf of Trustee Peggy E. Stalford mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
      Nelson Diaz   on behalf of Creditor   U.S. Bank National Association, as Trustee ndiaz@milsteadlaw.com, bkecf@milsteadlaw.com
      Peggy E. Stalford   , pstalford@pstrustee.com;admin@remote7solutions.com,krichter@pstrustee.com, NJ96@ecfcbis.com
      R. A. Lebron   on behalf of Creditor   JP Morgan Chase Bank, N.A. bankruptcy@feinsuch.com
      R. A. Lebron   on behalf of Creditor   EMC Mortgage Corporation bankruptcy@feinsuch.com
      R. A. Lebron   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
      R. A. Lebron   on behalf of Creditor   EMC MORTGAGE CORPORATION, AS SERVICER FOR, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-AC6 bankruptcy@feinsuch.com
      R. A. Lebron   on behalf of Creditor   UBS SPECIAL SERVICING GROUP, as servicer for ACT PROPERTIES, LLC bankruptcy@feinsuch.com
      R. A. Lebron   on behalf of Creditor   LANCASTER MORTGAGE BANKERS, LLC., D/B/A/ DIRECT LENDING GROUP bankruptcy@feinsuch.com

```
District/off: 0312-3          User: admin              Page 4 of 4              Date Rcvd: Aug 30, 2017
                              Form ID: pdf903          Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              R. A. Lebron    on behalf of Creditor    CHASE HOME FINANCE, LLC, as servicer for WELLS FARGO BANK,
               NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY CAPITAL INC. TRUST 2006-HE1, MORTGAGE PASS
               THROUGH CERTIFICATES, SERIES 2006-HE1 bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    ONEWEST BANK FSB bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC. bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    BELTWAY CAPITAL, LLC bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    American Home Mortgage Servicing, Inc.
               bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    IndyMac Bank, F.S.B. bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    Beltway Capital Management, LLC bankruptcy@feinsuch.com
              Richard D. Trenk    on behalf of Creditor    Normandy Warren Holdings, LLC rtrenk@trenklawfirm.com,
               mmassoud@trenklawfirm.com
              Richard D. Trenk    on behalf of Creditor    Normandy Real Estate Partners rtrenk@trenklawfirm.com,
               mmassoud@trenklawfirm.com
              Scott D. Sherman    on behalf of Creditor    First Niagara Leasing, Inc. ssherman@minionsherman.com
              Scott S. Rever    on behalf of Defendant Joseph  Bentivegna srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
              Steven J. Mitnick    on behalf of Counter-Defendant Peggy E. Stalford, Trustee
               smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Trustee Peggy E. Stalford smitnick@mmpclawfirm.com,
               lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Plaintiff Peggy E. Stalford, Trustee smitnick@mmpclawfirm.com,
               lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Plaintiff Peggy E. Stalford smitnick@mmpclawfirm.com,
               lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Interested Party    SM Financial Services Corporation
               smitnick@sm-lawpc.com, lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Plaintiff Peggy  Stalford, Trustee smitnick@mmpclawfirm.com,
               lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Attorney    Mitnick & Malzberg P.C. smitnick@mmpclawfirm.com,
               lindsay@sm-lawpc.com
              Warren S. Wolf    on behalf of Defendant    Green Tree Loan Servicing, LLC wwolf@goldbergwolf.com
              Warren S. Wolf    on behalf of Creditor    OCWEN LOAN SERVICING, LCC. wwolf@goldbergwolf.com
              Warren S. Wolf    on behalf of Defendant    REO Properties Corporation wwolf@goldbergwolf.com
                                                                                             TOTAL: 120
```