

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>STEVEN MITNICK, ESQ., SM0556<br>SM Law PC<br>PO BOX 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>*Counsel to SM Financial Services Corporation* | **Order Filed on June 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP<br><br><div align="center">Debtor.</div> | Case No.: 07-22479/MBK<br><br>Hearing Date: June 10, 2019 at 10:00 a.m.<br><br>Judge: Honorable Michael B. Kaplan |

**ORDER TO ALLOW JANE MITNICK, AS PRESIDENT OF SM FINANCIAL SERVICES CORPORATION, PURCHASER OF THE REMAINING ASSETS OF LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP TO EXECUTE ASSIGNMENT OF MORTGAGE WITH REGARD TO 18 PEARL STREET, MIDDLEBOROUGH, MASSACHUSETTS**

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: June 14, 2019**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
**LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP**
**Case No.: 07-22479/MBK**
**ORDER TO ALLOW JANE MITNICK, AS PRESIDENT OF SM FINANCIAL SERVICES CORPORATION, PURCHASER OF THE REMAINING ASSETS OF LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP TO EXECUTE ASSIGNMENT OF MORTGAGE WITH REGARD TO 18 PEARL STREET, MIDDLEBOROUGH, MASSACHUSETTS**

_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through SM Financial Services Corporation's counsel seeking an Order to Allow Jane Mitnick, as President of SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending Group to Execute Certain Assignment of Mortgage with Regard to 18 Pearl Street, Middleborough, Massachusetts, and the Court having considered same and for good cause:

IT IS ORDERED that:

Jane Mitnick, as President of SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending can hereby execute Assignments of Mortgage, annexed hereto as Exhibit "A" on behalf of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending Group a/k/a Lancastser Mortgage Bankers, LLC d/b/a Lancaster Mortgage with regard to the following mortgage:

1) Mortgage dated November 3, 2005
   Property Location: 18 Pearl Street, Middleborough, Massachusetts
   Recorded: November 4, 2005 in Book 31670, Page 98-116 of the Plymouth County (Massachusetts) Registry of Deeds

*Exhibit "A"*

14-019478

**CORPORATION ASSIGNMENT OF DEED OF TRUST/MORTGAGE**

FOR VALUE RECEIVED, **Lancaster Mortgage Bankers, LLC d/b/a Lancaster Mortgage, by and through SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC**, THE UNDERSIGNED HEREBY GRANTS, ASSIGNS AND TRANSFERS TO:

**Deutsche Bank National Trust Company as Trustee For Residential Asset Securitization Trust Series 2006-A4 Mortgage Pass-Through Certificates Series 2006-D**

WHOSE ADDRESS IS:     c/o Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, P.O. Box 24737, West Palm Beach, Florida 33409

ALL RIGHT, TITLE AND INTEREST IN THAT CERTAIN MORTGAGE DATED:  **November 3, 2005**

EXECUTED BY:  **Mark Baker**

Said Mortgage Is Recorded in Plymouth County Registry of Deeds in Book 31670, Page 98 (the "Mortgage")

LEGAL DESCRIPTION AS DESCRIBED ON MORTGAGE REFERRED TO THEREIN.

PROPERTY ADDRESS:  **18 Pearl Street, Middleborough, MA 02346**

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID DEED OF TRUST/MORTGAGE.

**DATED:** _____

**Lancaster Mortgage Bankers, LLC d/b/a Lancaster Mortgage, by and through SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC***

**BY:** _____

Jane Mitnick, President of SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC

*For Authority see Order of the U.S. Bankruptcy Court for the District of New Jersey (Trenton), Case No. 07-22479-MBK, dated December 8, 2015.*

STATE OF _____
County of: _____

The foregoing instrument was acknowledged and sworn before me this ____ day of _____, 201_, by _____ as _____ of _____, who is personally known to me or who has produced _____ as identification.

_____
Notary Public
My commission expires: