UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
STEVEN MITNICK, ESQ., SM0556
SM Law PC
PO BOX 530
49 Old Turnpike Road
Oldwick, New Jersey 08858
(908) 572-7275
*Counsel to SM Financial Services Corporation*

**Order Filed on June 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 07-22479/MBK |
|---|---|
| LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP | Hearing Date: June 10, 2019 at 10:00 a.m. |
| Debtor. | Judge: Honorable Michael B. Kaplan |

**ORDER TO ALLOW JANE MITNICK, AS PRESIDENT OF SM FINANCIAL SERVICES CORPORATION, PURCHASER OF THE REMAINING ASSETS OF LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP TO EXECUTE ASSIGNMENT OF MORTGAGE WITH REGARD TO 18 PEARL STREET, MIDDLEBOROUGH, MASSACHUSETTS**

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: June 14, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
**LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP**
**Case No.: 07-22479/MBK**
**ORDER TO ALLOW JANE MITNICK, AS PRESIDENT OF SM FINANCIAL SERVICES CORPORATION, PURCHASER OF THE REMAINING ASSETS OF LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP TO EXECUTE ASSIGNMENT OF MORTGAGE WITH REGARD TO 18 PEARL STREET, MIDDLEBOROUGH, MASSACHUSETTS**

_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through SM Financial Services Corporation's counsel seeking an Order to Allow Jane Mitnick, as President of SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending Group to Execute Certain Assignment of Mortgage with Regard to 18 Pearl Street, Middleborough, Massachusetts, and the Court having considered same and for good cause:

IT IS ORDERED that:

Jane Mitnick, as President of SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending can hereby execute Assignments of Mortgage, annexed hereto as Exhibit "A" on behalf of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending Group a/k/a Lancastser Mortgage Bankers, LLC d/b/a Lancaster Mortgage with regard to the following mortgage:

1) Mortgage dated November 3, 2005
   Property Location: 18 Pearl Street, Middleborough, Massachusetts
   Recorded: November 4, 2005 in Book 31670, Page 98-116 of the Plymouth County (Massachusetts) Registry of Deeds

*Exhibit "A"*

14-019478

## CORPORATION ASSIGNMENT OF DEED OF TRUST/MORTGAGE

FOR VALUE RECEIVED, **Lancaster Mortgage Bankers, LLC d/b/a Lancaster Mortgage, by and through SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC**, THE UNDERSIGNED HEREBY GRANTS, ASSIGNS AND TRANSFERS TO:

**Deutsche Bank National Trust Company as Trustee For Residential Asset Securitization Trust Series 2006-A4 Mortgage Pass-Through Certificates Series 2006-D**

WHOSE ADDRESS IS:    **c/o Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, P.O. Box 24737, West Palm Beach, Florida 33409**

ALL RIGHT, TITLE AND INTEREST IN THAT CERTAIN MORTGAGE DATED:  **November 3, 2005**

EXECUTED BY:  **Mark Baker**

Said Mortgage Is Recorded in Plymouth County Registry of Deeds in Book 31670, Page 98 (the "Mortgage")

LEGAL DESCRIPTION AS DESCRIBED ON MORTGAGE REFERRED TO THEREIN.

PROPERTY ADDRESS:  **18 Pearl Street, Middleborough, MA 02346**

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID DEED OF TRUST/MORTGAGE.

**DATED:** _____

**Lancaster Mortgage Bankers, LLC d/b/a Lancaster Mortgage, by and through SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC***

**BY:** _____

Jane Mitnick, President of SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC

*For Authority see Order of the U.S. Bankruptcy Court for the District of New Jersey (Trenton), Case No. 07-22479-MBK, dated December 8, 2015.*

STATE OF _____
County of: _____

The foregoing instrument was acknowledged and sworn before me this ____ day of _____, 201_, by _____ as _____ of _____, who is personally known to me or who has produced _____ as identification.

_____
Notary Public
My commission expires:

United States Bankruptcy Court
District of New Jersey

In re:  
Lancaster Mortgage Bankers, LLC  
    Debtor

Case No. 07-22479-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3    Date Rcvd: Jun 17, 2019  
    Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.
```
db             +Lancaster Mortgage Bankers, LLC,    20 Independence Boulevard,   Warren, NJ 07059-2731
aty            +Vincent F. Papalia,    Saiber, LLC,    18 Columbia Turnpike,    Suite 200,
                 Florham Park, NJ 07932-2266
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:
```
          Adam D. Greenberg    on behalf of Interested Party Michael A Cohn agreenberg@hgllclaw.com,
           btemple@hgllclaw.com
          Alexandra T. Garcia    on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for
           U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-12ALT, Asset-Backed
           Certificates, Series 2005-12ALT NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    U.S. Bank U.S. Bank National Association, as
           Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    Saxon Mortgage Services, Inc. NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    Kondaur Capital Corporation NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    U.S. Bank National Association, as Trustee
            NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    ONEWEST BANK FSB NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Allen I Gorski    on behalf of Plaintiff Peggy  Stalford agorski@gorskiknowlton.com
          Brenda L. Brogdon    on behalf of Creditor    National City Mortgage Company mcohen@mwc-law.com,
           jhillier@mwc-law.com
          Brenda L. Brogdon    on behalf of Creditor    Specialized Loan Servicing, LLC mcohen@mwc-law.com,
           jhillier@mwc-law.com
          Brian C. Nicholas    on behalf of Creditor    The Bank of New York Trust Company, N.A. as successor
            to JPMorgan Chase Bank, National Association, f/k/a JPMorgan Chase Bank,as Trustee For Truman
            Capital Mortgage Loan Trust 2006-1 bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Christine A. Pinto    on behalf of Creditor    Specialized Loan Servicing, LLC
           BKcourtnotices@parkermccay.com
          Christine A. Pinto    on behalf of Creditor    ONEWEST BANK FSB BKcourtnotices@parkermccay.com
          Christine A. Pinto    on behalf of Creditor    OneWest Bank, FSB as Servicer for Deutsche Bank
           National Trust Company BKcourtnotices@parkermccay.com
          Colin R. Robinson    on behalf of Defendant Elliott  Salzman crobinson@pszjlaw.com
          Colin R. Robinson    on behalf of Defendant Michael  Brennan crobinson@pszjlaw.com
          David L. Stevens    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC.
            dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scuramealey.com
```

```
District/off: 0312-3                  User: admin               Page 2 of 3                   Date Rcvd: Jun 17, 2019
                                      Form ID: pdf903           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
           of the holders of the Terwin Mortgage Trust 2006-7 Asset-BackedCertificates, TMTS Series 2006-7
           bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
          Dori L. Scovish    on behalf of Unknown Role Type    Countrywide Home Loans doris@efwlaw.com
          Dori L. Scovish    on behalf of Creditor    REO Properties Corporation c/o Green Tree Servicing,
           LLC doris@efwlaw.com
          Dori L. Scovish    on behalf of Creditor    Deutsche Bank c/o Courntrywide Home Loans, Inc.
           doris@efwlaw.com
          Dori L. Scovish    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee, c/o
           BAC Home Loans Servicing, LP doris@efwlaw.com
          Emmanuel J. Argentieri    on behalf of Unknown Role Type    Countrywide Home Loans bk@rgalegal.com
          Emmanuel J. Argentieri    on behalf of Creditor    IndyMac Bank FSB bk@rgalegal.com
          Emmanuel J. Argentieri    on behalf of Creditor    IndyMac Bank, F.S.B. bk@rgalegal.com
          Emmanuel J. Argentieri    on behalf of Creditor    Specialized Loan Servicing, LLC bk@rgalegal.com
          Emmanuel J. Argentieri    on behalf of Defendant    IndyMac Bank, FSB and as Successor in Interest
           to IndyMAc Mortgage Holdings, Inc. bk@rgalegal.com
          Emmanuel J. Argentieri    on behalf of Creditor    Indymac Federal Bank FSB bk@rgalegal.com
          Herbert K. Ryder    on behalf of Defendant    JP Morgan Chase hk3ryder@gmail.com,
           G16776@notify.cincompass.com
          J. Alex Kress    on behalf of Interested Party    FDIC, as Receiver for Indymac Federal Bank, FSB
           akress@becker.legal,    mambrose@becker.legal;akress@ecf.courtdrive.com
          J. Alex Kress    on behalf of Defendant    FDIC as Receiver of IndyMac Federal Bank
           akress@becker.legal,    mambrose@becker.legal;akress@ecf.courtdrive.com
          J. Alex Kress    on behalf of Defendant    IndyMac Bank, FSB akress@becker.legal,
           mambrose@becker.legal;akress@ecf.courtdrive.com
          J. Alex Kress    on behalf of Defendant    Deutsche Bank National Trust Company as Trustee Under
           the Pooling and Servicing Agreement Series INABS 2006-B akress@becker.legal,
           mambrose@becker.legal;akress@ecf.courtdrive.com
          J. Alex Kress    on behalf of Defendant    FDIC, as Receiver for Indymac Federal Bank, FSB
           akress@becker.legal,    mambrose@becker.legal;akress@ecf.courtdrive.com
          Jaimie B. Finberg    on behalf of Creditor    Litton Loan Servicing LP servicer for The Bank of New
           York Mellon f/k/a The Bank of New York as Trustee on Behalf of the Holders of the Terwin
           Mortgage Trust 2007-6ALT Asset-Backed Certificates Series nj.bkecf@fedphe.com
          Jaimie B. Finberg    on behalf of Defendant    HSBC Bank USA, National Association as Trustee for
           Nomura Asset Backed Certificate Series 2006-API nj.bkecf@fedphe.com
          Jaimie B. Finberg    on behalf of Creditor    Bank United nj.bkecf@fedphe.com
          Jaimie B. Finberg    on behalf of Defendant    Wells Fargo Bank, N.A., servicer for HSBC Bank, USA
           National Association, as Trustee for Nomura Asset Backed Certificate Series 2006-AF1
           nj.bkecf@fedphe.com
          Jaimie B. Finberg    on behalf of Defendant    U. S. Bank National Association as Trustee for
           Master Asset Backed Securities Trust 2005-AB1 nj.bkecf@fedphe.com
          Jaimie B. Finberg    on behalf of Defendant    HSBC BANK USA NATIONAL ASSOCIATION As Trustee for
           Deutsche Bank Alt 2006-AB2 nj.bkecf@fedphe.com
          Jaimie B. Finberg    on behalf of Defendant    Wells Fargo Bank, N.A., servicer for U.S. Bank
           National Association, as Trustee for Master Asset Backed Securities Trust 2005-AB1
           nj.bkecf@fedphe.com
          Jaimie B. Finberg    on behalf of Defendant    Wells Fargo Bank, N.A., servicer for HSBC Bank, USA
           National Association, as Trustee for Deutsche Bank ALT 2006-AB2 nj.bkecf@fedphe.com
          Karen B. Olson    on behalf of Interested Party    GMAC MORTGAGE, LLC kbo@kkmllp.com
          Kristen D. Little    on behalf of Interested Party    DLJ MORTGAGE CAPITAL, INC.,
           kristenl@lobaf.com,    JulieP@lobaf.com;lobafbk@yahoo.com
          Marisa Myers Cohen    on behalf of Creditor    National City Mortgage Company mcohen@mwc-law.com,
           jhillier@mwc-law.com
          Melissa N. Licker    on behalf of Creditor    ONEWEST BANK, FSB melissa.licker@buckleymadole.com
          Mitchell Malzberg    on behalf of Trustee Peggy E. Stalford mmalzberg@mjmalzberglaw.com,
           dlapham@mjmalzberglaw.com
          Nelson Diaz    on behalf of Creditor    U.S. Bank National Association, as Trustee
           ndiaz@milsteadlaw.com,    bkecf@milsteadlaw.com
          Peggy E. Stalford    ,    pstalford@pstrustee.com;admin@remote7solutions.com,krichter@pstrustee.com,
           NJ96@ecfcbis.com
          R. A. Lebron    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
           bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    EMC MORTGAGE CORPORATION, AS SERVICER FOR, U.S. BANK
           NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I
           LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-AC6 bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    UBS SPECIAL SERVICING GROUP, as servicer for ACT
           PROPERTIES, LLC bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    LANCASTER MORTGAGE BANKERS, LLC., D/B/A/ DIRECT LENDING
           GROUP bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    CHASE HOME FINANCE, LLC, as servicer for WELLS FARGO BANK,
           NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY CAPITAL INC. TRUST 2006-HE1, MORTGAGE PASS
           THROUGH CERTIFICATES, SERIES 2006-HE1 bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    ONEWEST BANK FSB bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    BELTWAY CAPITAL, LLC bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC. bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    IndyMac Bank, F.S.B. bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    Beltway Capital Management, LLC bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    JP Morgan Chase Bank, N.A. bankruptcy@feinsuch.com

```
District/off: 0312-3          User: admin              Page 3 of 3                  Date Rcvd: Jun 17, 2019
                              Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              R. A. Lebron     on behalf of Creditor    EMC Mortgage Corporation bankruptcy@feinsuch.com
              R. A. Lebron     on behalf of Creditor    American Home Mortgage Servicing, Inc.
               bankruptcy@feinsuch.com
              Richard D. Trenk    on behalf of Creditor    Normandy Warren Holdings, LLC rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Creditor    Normandy Real Estate Partners rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Scott D. Sherman    on behalf of Creditor    First Niagara Leasing, Inc. ssherman@minionsherman.com
              Scott S. Rever    on behalf of Defendant Joseph   Bentivegna srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
              Steven J. Mitnick    on behalf of Counter-Defendant Peggy E. Stalford, Trustee
               smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com
              Steven J. Mitnick       on behalf of Trustee Peggy E. Stalford smitnick@mmpclawfirm.com,
               lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Plaintiff Peggy E. Stalford, Trustee smitnick@mmpclawfirm.com,
               lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Plaintiff Peggy E. Stalford smitnick@mmpclawfirm.com,
               lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Interested Party    SM Financial Services Corporation
               smitnick@sm-lawpc.com, lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Plaintiff Peggy  Stalford, Trustee smitnick@mmpclawfirm.com,
               lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Attorney    Mitnick & Malzberg P.C. smitnick@mmpclawfirm.com,
               lindsay@sm-lawpc.com
              Warren S. Wolf    on behalf of Defendant    Green Tree Loan Servicing, LLC wwolf@goldbergwolf.com
              Warren S. Wolf    on behalf of Creditor    OCWEN LOAN SERVICING, LCC. wwolf@goldbergwolf.com
              Warren S. Wolf    on behalf of Defendant    REO Properties Corporation wwolf@goldbergwolf.com
                                                                                           TOTAL: 77
```