

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>STEVEN MITNICK, ESQ., SM0556<br>SM Law PC<br>PO BOX 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>*Counsel to SM Financial Services Corporation* | **Order Filed on October 3, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP<br><br>Debtor. | Case No.: 07-22479/MBK<br><br>Hearing Date: September 26, 2019 at 10:00 a.m.<br><br>Judge: Honorable Michael B. Kaplan |

**ORDER TO ALLOW JANE MITNICK, AS PRESIDENT OF SM FINANCIAL SERVICES CORPORATION, PURCHASER OF THE REMAINING ASSETS OF LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP TO EXECUTE ASSIGNMENT OF MORTGAGE WITH REGARD TO 9 TOPLIFF STREET, BILLERICA, MASSACHUSETTS**

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: October 3, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
**LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP**
**Case No.: 07-22479/MBK**
**ORDER TO ALLOW JANE MITNICK, AS PRESIDENT OF SM FINANCIAL SERVICES CORPORATION, PURCHASER OF THE REMAINING ASSETS OF LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP TO EXECUTE ASSIGNMENT OF MORTGAGE WITH REGARD TO 9 TOPLIFF STREET, BILLERICA, MASSACHUSETTS**
_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through SM Financial Services Corporation's counsel seeking an Order to Allow Jane Mitnick, as President of SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending Group to Execute Certain Assignment of Mortgage with Regard to 9 Topliff Street, Billerica, Massachusetts, and the Court having considered same and for good cause:

IT IS ORDERED that:

Jane Mitnick, as President of SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending can hereby execute Assignments of Mortgage, annexed hereto as Exhibit "A" on behalf of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending Group a/k/a Lancaster Mortgage Bankers, LLC d/b/a Lancaster Mortgage with regard to the following mortgage:

1) Mortgage dated September 30, 2005
Property Location: 9 Topliff Street, Billerica, Massachusetts
Recorded: September 30, 2005 in Book 19342, Page 86 of the Middlesex County (Massachusetts) Registry of Deeds

*Exhibit "A"*

## ASSIGNMENT OF MORTGAGE

      FOR VALUE RECEIVED, Lancaster Mortgage Bankers, LLC, D/B/A Lancaster Mortgage, its successors and/or assigns, with a principal place of business of 20 Independence Boulevard, Warren, New Jersey, 07059, hereby assigns and transfers to:

**EMC Mortgage, LLC**
**780 Kansas Lane, Suite A**
**Monroe, LA 71203**

Its successors and assigns, all its right, title and interest in and to a certain mortgage from Paulo F. Torres and Gleidi Christina Ortega Torres, dated September 30, 2005 in the principal amount of $82,000.00 and recorded on September 30, 2005, in the Middlesex North Registry of Deeds in Book 19342, Page 86.

      WITNESS my hand and seal this _____ day of _____, 2019.

Lancaster Mortgage Bankers, LLC, D/B/A Lancaster Mortgage

_____
By:
Its:

STATE OF _____      _____, county

      On this _____ day of _____, 2019, before me the undersigned notary public, personally appeared _____, proved to me through satisfactory evidence of identification, which was _____, to be the persons whose names are signed on the preceding or attached document, and acknowledged to me that they signed it voluntarily for its stated purpose.

_____
Notary Public:
My Commission expires: