UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

STEVEN MITNICK, ESQ., SM0556
SM Law PC
PO BOX 530
49 Old Turnpike Road
Oldwick, New Jersey 08858
(908) 572-7275
*Counsel to SM Financial Services Corporation*

**Order Filed on October 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT
LENDING GROUP

Debtor.

Case No.: 07-22479/MBK

Hearing Date: September 26, 2019 at 10:00 a.m.

Judge: Honorable Michael B. Kaplan

**ORDER TO ALLOW JANE MITNICK, AS PRESIDENT OF SM FINANCIAL SERVICES CORPORATION, PURCHASER OF THE REMAINING ASSETS OF LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP TO EXECUTE ASSIGNMENT OF MORTGAGE WITH REGARD TO 9 TOPLIFF STREET, BILLERICA, MASSACHUSETTS**

The relief set forth on the following pages, numbered two (2) through (2)  is hereby **ORDERED**.

**DATED: October 3, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
**LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP**
**Case No.: 07-22479/MBK**
**ORDER TO ALLOW JANE MITNICK, AS PRESIDENT OF SM FINANCIAL SERVICES CORPORATION, PURCHASER OF THE REMAINING ASSETS OF LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP TO EXECUTE ASSIGNMENT OF MORTGAGE WITH REGARD TO 9 TOPLIFF STREET, BILLERICA, MASSACHUSETTS**
_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through SM Financial Services Corporation's counsel seeking an Order to Allow Jane Mitnick, as President of SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending Group to Execute Certain Assignment of Mortgage with Regard to 9 Topliff Street, Billerica, Massachusetts, and the Court having considered same and for good cause:

IT IS ORDERED that:

Jane Mitnick, as President of SM Financial Services Corporation, Purchaser of the Remaining Assets of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending can hereby execute Assignments of Mortgage, annexed hereto as Exhibit "A" on behalf of Lancaster Mortgage Bankers, LLC d/b/a Direct Lending Group a/k/a Lancaster Mortgage Bankers, LLC d/b/a Lancaster Mortgage with regard to the following mortgage:

1) Mortgage dated September 30, 2005
   Property Location: 9 Topliff Street, Billerica, Massachusetts
   Recorded: September 30, 2005 in Book 19342, Page 86 of the Middlesex County (Massachusetts) Registry of Deeds

*Exhibit "A"*

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, Lancaster Mortgage Bankers, LLC, D/B/A Lancaster Mortgage, its successors and/or assigns, with a principal place of business of 20 Independence Boulevard, Warren, New Jersey, 07059, hereby assigns and transfers to:

**EMC Mortgage, LLC**
**780 Kansas Lane, Suite A**
**Monroe, LA 71203**

Its successors and assigns, all its right, title and interest in and to a certain mortgage from Paulo F. Torres and Gleidi Christina Ortega Torres, dated September 30, 2005 in the principal amount of $82,000.00 and recorded on September 30, 2005, in the Middlesex North Registry of Deeds in Book 19342, Page 86.

WITNESS my hand and seal this _____ day of _____, 2019.

Lancaster   Mortgage   Bankers,   LLC,   D/B/A
Lancaster Mortgage

_____
By: _____
Its: _____

STATE OF _____        _____, county

On this _____ day of _____, 2019, before me the undersigned notary public, personally appeared _____, proved to me through satisfactory evidence of identification, which was _____, to be the persons whose names are signed on the preceding or attached document, and acknowledged to me that they signed it voluntarily for its stated purpose.

_____
Notary Public: _____
My Commission expires: _____

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 07-22479-MBK
Lancaster Mortgage Bankers, LLC                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3          Date Rcvd: Oct 04, 2019
                             Form ID: pdf903       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db             +Lancaster Mortgage Bankers, LLC,    20 Independence Boulevard,    Warren, NJ 07059-2731
aty            +Vincent F. Papalia,    Saiber, LLC,   18 Columbia Turnpike,    Suite 200,
                Florham Park, NJ 07932-2266

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
          Adam D. Greenberg   on behalf of Interested Party Michael A Cohn agreenberg@hgllclaw.com,
          btemple@hgllclaw.com
          Alexandra T. Garcia   on behalf of Creditor    Specialized Loan Servicing, LLC as servicer for
          U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-12ALT, Asset-Backed
          Certificates, Series 2005-12ALT NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia   on behalf of Creditor    U.S. Bank U.S. Bank National Association, as
          Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia   on behalf of Creditor    Saxon Mortgage Services, Inc. NJECFMAIL@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia   on behalf of Creditor    Kondaur Capital Corporation NJECFMAIL@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia   on behalf of Creditor    U.S. Bank National Association, as Trustee for
          Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia   on behalf of Creditor    U.S. Bank National Association, as Trustee
          NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia   on behalf of Creditor    ONEWEST BANK FSB NJECFMAIL@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
          Allen I Gorski   on behalf of Plaintiff Peggy  Stalford agorski@gorskiknowlton.com
          Brenda L. Brogdon   on behalf of Creditor    National City Mortgage Company mcohen@mwc-law.com,
          jhillier@mwc-law.com
          Brenda L. Brogdon   on behalf of Creditor    Specialized Loan Servicing, LLC mcohen@mwc-law.com,
          jhillier@mwc-law.com
          Brian C. Nicholas   on behalf of Creditor    The Bank of New York Trust Company, N.A. as successor
          to JPMorgan Chase Bank, National Association, f/k/a JPMorgan Chase Bank,as Trustee For Truman
          Capital Mortgage Loan Trust 2006-1 bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
          Christine A. Pinto   on behalf of Creditor    Specialized Loan Servicing, LLC
          BKcourtnotices@parkermccay.com
          Christine A. Pinto   on behalf of Creditor    ONEWEST BANK FSB BKcourtnotices@parkermccay.com
          Christine A. Pinto   on behalf of Creditor    OneWest Bank, FSB as Servicer for Deutsche Bank
          National Trust Company BKcourtnotices@parkermccay.com
          Colin R. Robinson   on behalf of Defendant Elliott  Salzman crobinson@pszjlaw.com
          Colin R. Robinson   on behalf of Defendant Michael  Brennan crobinson@pszjlaw.com
          David L. Stevens   on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC.
          dstevens@scuramealey.com,
          ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com
          Denise E. Carlon   on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
          of the holders of the Terwin Mortgage Trust 2006-7 Asset-BackedCertificates, TMTS Series 2006-7
          bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 3            Date Rcvd: Oct 04, 2019
                              Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
           Dori L. Scovish   on behalf of Unknown Role Type   Countrywide Home Loans doris@efwlaw.com
           Dori L. Scovish   on behalf of Creditor    REO Properties Corporation c/o Green Tree Servicing,
           LLC doris@efwlaw.com
           Dori L. Scovish   on behalf of Creditor    Deutsche Bank c/o Courntrywide Home Loans, Inc.
           doris@efwlaw.com
           Dori L. Scovish   on behalf of Creditor    Deutsche Bank National Trust Company as Trustee, c/o
           BAC Home Loans Servicing, LP doris@efwlaw.com
           Emmanuel J. Argentieri   on behalf of Unknown Role Type   Countrywide Home Loans bk@rgalegal.com
           Emmanuel J. Argentieri   on behalf of Creditor    IndyMac Bank FSB bk@rgalegal.com
           Emmanuel J. Argentieri   on behalf of Creditor    IndyMac Bank, F.S.B. bk@rgalegal.com
           Emmanuel J. Argentieri   on behalf of Creditor    Specialized Loan Servicing, LLC bk@rgalegal.com
           Emmanuel J. Argentieri   on behalf of Defendant   IndyMac Bank, FSB and as Successor in Interest
           to IndyMAc Mortgage Holdings, Inc. bk@rgalegal.com
           Emmanuel J. Argentieri   on behalf of Creditor    Indymac Federal Bank FSB bk@rgalegal.com
           Herbert K. Ryder   on behalf of Defendant   JP Morgan Chase hk3ryder@gmail.com,
           G16776@notify.cincompass.com
           J. Alex Kress   on behalf of Interested Party   FDIC, as Receiver for Indymac Federal Bank, FSB
           akress@becker.legal,  mambrose@becker.legal;akress@ecf.courtdrive.com
           J. Alex Kress   on behalf of Defendant   FDIC as Receiver of IndyMac Federal Bank
           akress@becker.legal,  mambrose@becker.legal;akress@ecf.courtdrive.com
           J. Alex Kress   on behalf of Defendant   IndyMac Bank, FSB akress@becker.legal,
           mambrose@becker.legal;akress@ecf.courtdrive.com
           J. Alex Kress   on behalf of Defendant   Deutsche Bank National Trust Company as Trustee Under
           the Pooling and Servicing Agreement Series INABS 2006-B akress@becker.legal,
           mambrose@becker.legal;akress@ecf.courtdrive.com
           J. Alex Kress   on behalf of Defendant   FDIC, as Receiver for Indymac Federal Bank, FSB
           akress@becker.legal,  mambrose@becker.legal;akress@ecf.courtdrive.com
           Jaimie B. Finberg   on behalf of Creditor   Litton Loan Servicing LP servicer for The Bank of New
           York Mellon f/k/a The Bank of New York as Trustee on Behalf of the Holders of the Terwin
           Mortgage Trust 2007-6ALT Asset-Backed Certificates Series nj.bkecf@fedphe.com
           Jaimie B. Finberg   on behalf of Defendant   HSBC Bank USA, National Association as Trustee for
           Nomura Asset Backed Certificate Series 2006-AP1 nj.bkecf@fedphe.com
           Jaimie B. Finberg   on behalf of Creditor   Bank United nj.bkecf@fedphe.com
           Jaimie B. Finberg   on behalf of Defendant   Wells Fargo Bank, N.A., servicer for HSBC Bank, USA
           National Association, as Trustee for Nomura Asset Backed Certificate Series 2006-AF1
           nj.bkecf@fedphe.com
           Jaimie B. Finberg   on behalf of Defendant   U. S. Bank National Association as Trustee for
           Master Asset Backed Securities Trust 2005-AB1 nj.bkecf@fedphe.com
           Jaimie B. Finberg   on behalf of Defendant   HSBC BANK USA NATIONAL ASSOCIATION As Trustee for
           Deutsche Bank Alt 2006-AB2 nj.bkecf@fedphe.com
           Jaimie B. Finberg   on behalf of Defendant   Wells Fargo Bank, N.A., servicer for U.S. Bank
           National Association, as Trustee for Master Asset Backed Securities Trust 2005-AB1
           nj.bkecf@fedphe.com
           Jaimie B. Finberg   on behalf of Defendant   Wells Fargo Bank, N.A., servicer for HSBC Bank, USA
           National Association, as Trustee for Deutsche Bank ALT 2006-AB2 nj.bkecf@fedphe.com
           Karen B. Olson   on behalf of Interested Party   GMAC MORTGAGE, LLC kbo@kkmllp.com
           Kristen D. Little   on behalf of Interested Party   DLJ MORTGAGE CAPITAL, INC.,
           kristenl@lobaf.com,  JulieP@lobaf.com;lobafbk@yahoo.com
           Marisa Myers Cohen   on behalf of Creditor   National City Mortgage Company mcohen@mwc-law.com,
           jhillier@mwc-law.com
           Melissa N. Licker   on behalf of Creditor   ONEWEST BANK, FSB melissa.licker@buckleymadole.com
           Mitchell Malzberg   on behalf of Trustee Peggy E. Stalford mmalzberg@mjmalzberglaw.com,
           dlapham@mjmalzberglaw.com
           Nelson Diaz   on behalf of Creditor   U.S. Bank National Association, as Trustee
           ndiaz@milsteadlaw.com,  bkecf@milsteadlaw.com
           Peggy E. Stalford    ,  pstalford@pstrustee.com;admin@remote7solutions.com,krichter@pstrustee.com,
           NJ96@ecfcbis.com
           R. A. Lebron   on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION
           bankruptcy@feinsuch.com
           R. A. Lebron   on behalf of Creditor   EMC MORTGAGE CORPORATION, AS SERVICER FOR, U.S. BANK
           NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I
           LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-AC6 bankruptcy@feinsuch.com
           R. A. Lebron   on behalf of Creditor   UBS SPECIAL SERVICING GROUP, as servicer for ACT
           PROPERTIES, LLC bankruptcy@feinsuch.com
           R. A. Lebron   on behalf of Creditor   LANCASTER MORTGAGE BANKERS, LLC., D/B/A/ DIRECT LENDING
           GROUP bankruptcy@feinsuch.com
           R. A. Lebron   on behalf of Creditor   CHASE HOME FINANCE, LLC, as servicer for WELLS FARGO BANK,
           NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY CAPITAL INC. TRUST 2006-HE1, MORTGAGE PASS
           THROUGH CERTIFICATES, SERIES 2006-HE1 bankruptcy@feinsuch.com
           R. A. Lebron   on behalf of Creditor   ONEWEST BANK FSB bankruptcy@feinsuch.com
           R. A. Lebron   on behalf of Creditor   BELTWAY CAPITAL, LLC bankruptcy@feinsuch.com
           R. A. Lebron   on behalf of Creditor   RESIDENTIAL CREDIT SOLUTIONS, INC. bankruptcy@feinsuch.com
           R. A. Lebron   on behalf of Creditor   IndyMac Bank, F.S.B. bankruptcy@feinsuch.com
           R. A. Lebron   on behalf of Creditor   Beltway Capital Management, LLC bankruptcy@feinsuch.com
           R. A. Lebron   on behalf of Creditor   JP Morgan Chase Bank, N.A. bankruptcy@feinsuch.com
           R. A. Lebron   on behalf of Creditor   EMC Mortgage Corporation bankruptcy@feinsuch.com
           R. A. Lebron   on behalf of Creditor   American Home Mortgage Servicing, Inc.
           bankruptcy@feinsuch.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Oct 04, 2019
                              Form ID: pdf903          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Richard D. Trenk    on behalf of Creditor    Normandy Warren Holdings, LLC rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Creditor    Normandy Real Estate Partners rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Scott D. Sherman    on behalf of Creditor    First Niagara Leasing, Inc. ssherman@minionsherman.com
              Scott S. Rever    on behalf of Defendant Joseph  Bentivegna srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
              Steven J. Mitnick    on behalf of Counter-Defendant Peggy E. Stalford, Trustee
               smitnick@mmpclawfirm.com,  lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Trustee Peggy E. Stalford smitnick@mmpclawfirm.com,
               lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Plaintiff Peggy E. Stalford, Trustee smitnick@mmpclawfirm.com,
               lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Plaintiff Peggy E. Stalford smitnick@mmpclawfirm.com,
               lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Interested Party  SM Financial Services Corporation
               smitnick@sm-lawpc.com,  lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Plaintiff Peggy  Stalford, Trustee smitnick@mmpclawfirm.com,
               lindsay@sm-lawpc.com
              Steven J. Mitnick    on behalf of Attorney  Mitnick & Malzberg P.C. smitnick@mmpclawfirm.com,
               lindsay@sm-lawpc.com
              Warren S. Wolf    on behalf of Defendant  Green Tree Loan Servicing, LLC wwolf@goldbergwolf.com
              Warren S. Wolf    on behalf of Creditor  OCWEN LOAN SERVICING, LCC. wwolf@goldbergwolf.com
              Warren S. Wolf    on behalf of Defendant  REO Properties Corporation wwolf@goldbergwolf.com
                                                                                                   TOTAL: 77
```