# ELITE
## TITLE & CLOSING SERVICES, LLC
### LAW OFFICE OF DIEP THI NGUYEN

*DIEP THI NGUYEN, ESQ
*Admitted in MA & CT

† TIMOTHY A. CONWAY, ESQ
† Admitted in RI, MA, & NY

2900 Pawtucket Ave.
East Providence, RI 02915
Phone: 401-438-0000
Fax: 401-369-7877
www.elite-title.com

October 8, 2020

RE: Case 07-22479-MBK; Doc 1611

Dear Court Clerk,

This office would like to request a certified copy of an order on the above case. Enclosed is a check in the amount of $12.50 for the certified copy, a copy of the document that we need certified and a self-addressed stamped envelope to return the certified document to our office.

If you need any further information to process my request please feel free to email me at snguyen@elitetitle-closing.com or call the office at (401) 438-0000.

Sincerely,

Stara Nguyen