| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>STEVEN MITNICK, ESQ., SM0556<br>SM Law PC<br>PO BOX 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>*Counsel to SM Financial Services Corporation* | **Order Filed on April 21, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP<br><br>Debtor. | Case No.: 07-22479/MBK<br><br>Hearing Date: March 25, 2021 at 10:00 a.m.<br><br>Judge: Honorable Michael B. Kaplan |

**ORDER TO COMPEL THE DISCHARGE OF THE MORTGAGE WITH REGARD TO 13 BREVOORT PLACE, BROOKLYN, NEW YORK**

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: April 21, 2021**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
**LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP**
**Case No.: 07-22479/MBK**
**ORDER TO COMPEL THE DISCHARGE OF THE MORTGAGE WITH REGARD TO 13 BREVOORT PLACE, BROOKLYN, NEW YORK**

_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through SM Financial Services Corporation's counsel seeking an Order to Compel the Discharge of the Mortgage with Regard to 13 Brevoort Place, Brooklyn, New York, and the Court having considered same and for good cause:

IT IS ORDERED that:

The mortgage held by Lancaster Mortgage Bankers, LLC d/b/a Direct Lending with regard to the 13 Brevoort Place, Brooklyn, New York as detailed below is discharged.

        Mortgagor: Loxley Rodney
        Mortgagee: Lancaster Mortgage Bankers
        Dated: 4/12/2006
        Recorded: 4/21/2006
        Recording ID: CRFN 2006000223615