| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>STEVEN MITNICK, ESQ. (SM0556)<br>SM Law PC<br>P. O. Box 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>Counsel to SM Financial Services Corporation | |
| In Re:<br><br>LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP<br><br>          Debtors. | Chapter 7<br><br>Case No.: 07-22479<br><br>Judge: Hon. Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Lindsay Adams, am a legal assistant at the law firm of SM Law PC, counsel to SM Financial Services Corporation in the above-entitled matter.

2. On July 27, 2022, a filed copy of the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice, Application for Order Shortening Time and Motion for Order to Compel Discharge of Second Mortgage with Regard to 143 N. Summit Ave, Quarryville PA was served upon all parties in the manner listed below.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 8, 2022                                           */s/ Lindsay Adams*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| OFFICE OF THE U. S. TRUSTEE<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | UST | Via Notice of Electronic Filing (NEF) |
| Emmanuel J. Argentieri, Esq. | Counsel to IndyMac Bank, FSB, Specialised Loan Servicing, LLC, and Countrywide Home Loans | Via Notice of Electronic Filing (NEF) and E-mail |
| Brenda L. Brogdon, Esq. | Counsel to National City Mortgage Company and Specialized Loan Servicing, LLC | Via Notice of Electronic Filing (NEF) and E-mail |
| Denise E. Carlon, Esq. | Counsel to U.S. Bank National Association, et al | Via Notice of Electronic Filing (NEF) and E-mail |
| Marisa Myers Cohen, Esq. | Counsel to National City Mortgage Company | Via Notice of Electronic Filing (NEF) and E-mail |
| Nelson Diaz, Esq. | Counsel to U.S. Bank National Association | Via Notice of Electronic Filing (NEF) and E-mail |
| Jaimie B. Finberg, Esq. | Counsel to Multiple Parties | Via Notice of Electronic Filing (NEF) and E-mail |
| Alexandra T. Garcia, Esq. | Counsel to Multiple Parties | Via Notice of Electronic Filing (NEF) and E-mail |
| Allen I. Gorski, Esq. | Special Conflicts Counsel to the Trustee | Via Notice of Electronic Filing (NEF) and E-mail |
| Adam D. Greenberg, Esq. | Counsel to Michael A. Cohn | Via Notice of Electronic Filing (NEF) and E-mail |
| J. Alex Kress, Esq. | Counsel to Multiple Parties | Via Notice of Electronic Filing (NEF) and E-mail |
| R.A. LeBron, Esq. | Counsel to Multiple Parties | Via Notice of Electronic Filing (NEF) and E-mail |
| Melissa N. Licker, Esq. | Counsel to Onewest Bank, FSB | Via Notice of Electronic Filing (NEF) and E-mail |
| Kristen D. Little, Esq. | Counsel to CLJ Mortgage Capital, Inc. | Via Notice of Electronic Filing (NEF) and E-mail |
| Mitchell Malzberg, Esq. | Counsel to Chapter 7 Trustee | Via Notice of Electronic Filing (NEF) and E-mail |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Michael J. Milstead, Esq. | On behalf of Michael J. Milstead | Via Notice of Electronic Filing (NEF) and E-mail |
| Steven J. Mitnick, Esq. | Counsel to Chapter 7 Trustee and SM Financial Services Corporation | Via Notice of Electronic Filing (NEF) and E-mail |
| Brian C. Nicholas, Esq. | Counsel to The Bank of New York Trust Company | Via Notice of Electronic Filing (NEF) and E-mail |
| Karen B. Olsen, Esq. | Counsel to GMAC Mortgage, LLC | Via Notice of Electronic Filing (NEF) and E-mail |
| Christine A. Pinto, Esq. | Counsel to One West Bank and Specialized Loan Servicing LLC | Via Notice of Electronic Filing (NEF) and E-mail |
| Scott S. Rever, Esq. | Counsel to Joseph Bentivegna | Via Notice of Electronic Filing (NEF) and E-mail |
| Colin R. Robinson, Esq. | Counsel to Elliott Salzman and Michael Brennan | Via Notice of Electronic Filing (NEF) and E-mail |
| Nicholas V. Rogers, Esq. | Counsel to Federal National Mortgage Association and One West Bank | Via Notice of Electronic Filing (NEF) and E-mail |
| Herbert K. Ryder, Esq. | Counsel to JP Morgan Chase | Via Notice of Electronic Filing (NEF) and E-mail |
| Dori L. Scovish, Esq. | Counsel to Multiple Parties | Via Notice of Electronic Filing (NEF) and E-mail |
| Scott D. Sherman, Esq. | Counsel to First Niagara Leasing, Inc. | Via Notice of Electronic Filing (NEF) and E-mail |
| Peggy E. Stalford | Chapter 7 Trustee | Via Notice of Electronic Filing (NEF) and E-mail |
| David L. Stevens | Counsel to Residential Credit Solutions, Inc. | Via Notice of Electronic Filing (NEF) and E-mail |
| Richard D. Trenk, Esq. | Counsel to Normandy Real Estate Partners and Normandy Warren Holdings, LLC | Via Notice of Electronic Filing (NEF) |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Warren S. Wolf, Esq. | Counsel to Green Tree Loan Servicing, LLC, Ocwen Loan Servicing, LLC and REO Properties Corporation | Via Notice of Electronic Filing (NEF) |
| A. Atkins Appraisal Company<br>122 Clinton Road<br>Fairfield, NJ 07004 | Appraiser | Via Ordinary Mail |
| Paul D. Aaronson<br>Mattleman, Weinroth & Miller<br>401 Route 70 East<br>Cherry Hill, NJ 08034 | Counsel to Creditor, Saxon Mortgage Services, Inc. and Chicago Title Insurance Company | Via Ordinary Mail |
| Joel A. Ackerman<br>Zucker Goldberg & Ackerman<br>200 Sheffield Street<br>Suite 301<br>Mountainside, NJ 07092-0024 | Counsel to Multiple Parties | Via Ordinary Mail |
| Bederson & Company LLP<br>347 Mount Pleasant Avenue<br>West Orange, NJ 07052 | Accountant | Via Ordinary Mail |
| Coldwell Banker<br>Robert Michael Realty<br>21 Brant Avenue<br>Clark, NJ 07066 | Interested Party | Via Ordinary Mail |
| Mary Jane Dobbs<br>5 Becker Farm Rd<br>Roseland, NJ 07068 | on behalf of Defendant Scott Rush | Via Ordinary Mail |
| Arthur M Field<br>310 Thornblade Blvd<br>Greer, SC 29650 | on behalf of Creditor Lion Financial, LLC | Via Ordinary Mail |
| David Patrick Fitzgibbon<br>Stradley Ronon Stevens & Young, LLP<br>30 Valley Stream Parkway<br>Suite 315<br>Malvern, PA 19355 | On belalf of Specialized Loan Servicing, LLC | Via Ordinary Mail |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Frederick Holden, Jr.<br>Orrick, Herrington and Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 | Interested Party | Via Ordinary Mail |
| Haynee Kang<br>Miller & Wrubel P.C.<br>570 Lexington Avenue<br>25th Floor<br>New York, NY 10022 | Counsel to Multiple Parties | Via Ordinary Mail |
| Oren Klein<br>Parker McCay P.A.<br>9000 Midlantic Drive; Suite 300<br>P.O. Box 5054<br>Mount Laurel, NJ 08054 | Counsel to Multiple Parties | Via Ordinary Mail |
| Milstead & Associates, LLC<br>Woodland Falls Corporate Park<br>220 Lake Drive East<br>Suite 301<br>Cherry Hill, NJ 08002 | Counsel to U.S. National Association | Via Ordinary Mail |
| Vincent F. Papalia<br>Saiber, LLC<br>18 Columbia Turnpike<br>Suite 200<br>Florham Park, NJ 07932 | Counsel to Multiple Parties | Via Ordinary Mail |
| Todd M. Sahner<br>Marcus Brody Ford Kessler & Sahner<br>5 Becker Farm Rd<br>Roseland, NJ 07068 | Counsel to Scott Rush | Via Ordinary Mail |
| State of Maryland Department of Labor, Licensing and Regulation [DLLR]<br>Benefit Payment Control, Room 202<br>1100 N. Eutaw St.<br>Baltimore, MD 21201 | Taxing Authority | Via Ordinary Mail |
| Teich Groh<br>691 State Highway 33<br>Trenton, NJ 08619 | Interested Party | Via Ordinary Mail |
| Martin S. Weisberg<br>Mattleman Weinroth & Miller<br>401 Route 70 Em Suite 101<br>Cherry Hill, NJ 08034 | Counsel to Saxon Mortgage Services, Inc. | Via Ordinary Mail |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Wilshire Enterprises<br>c/o David H. Stein, Esq.<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive , P.O. Box 10<br>Woodbridge, NJ 07095 | Interested Party | Via Ordinary Mail |