

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>STEVEN MITNICK, ESQ., SM0556<br>SM Law PC<br>PO BOX 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>*Counsel to SM Financial Services Corporation* | **Order Filed on August 12, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP<br><br>Debtor. | Case No.: 07-22479/MBK<br><br>Hearing Date: __8/11_____, 2022 at 10:00 a.m. Judge: Honorable Michael B. Kaplan |

### ORDER TO COMPEL DISCHARGE OF THE SECOND MORTGAGE WITH REGARD TO 143 N SUMMIT AVE., QUARRYVILLE, PA

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: August 12, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
**LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP**
**Case No.: 07-22479/MBK**
**ORDER TO DISCHARGE OF THE SECOND MORTGAGE WITH REGARD TO 143 N SUMMIT AVE., QUARRYVILLE, PA**

_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through SM Financial Services Corporation's counsel seeking an Order to Compel the Discharge of the Second Mortgage with Regard to 143 N Summit Ave, Quarryville, PA, and the Court having considered same and for good cause:

IT IS ORDERED that:

1. The mortgage held by Lancaster Mortgage Bankers, LLC d/b/a Direct Lending with regard to the 143 N Summit Ave, Quarryville, PA as detailed below and as annexed to the Certification of Steven Mitnick, Esq. as Exhibit "B" is discharged.

> Mortgagor: Vincent Henry and Tracie Henry
> Mortgagee: Lancaster Mortgage Bankers
> Dated: 01/17/2006
> Recorded: 03/02/2006
> Doc ID: 5502617

2. SM Financial Services Corporation is authorized to execute any documents necessary to discharge second mortgage, including but not limited to the Satisfaction Piece- Discharge of Mortgage annexed hereto as "Exhibit A"

*Exhibit "A"*

| Preparation at direction of Steven J Mitnick, counsel For SM Financial Services Corp | T.A. Elite of Pennsylvania LLC<br>ATTN: Abby Wendel<br>5139 Main Street<br>East Petersburg, PA 17520<br>Phone: 717-553-0712 |
|---|---|

Parcel #    530-31461-0-0000

143 N Summit Ave, Quarryville Borough

File No. 510-000587

## SATISFACTION PIECE - DISCHARGE OF MORTGAGE

Made on   this _____ day of _____ , 2022

MORTGAGOR:  **Vincent Henry and Tracie Henry**

MORTGAGEE: **Lancaster Mortgage Bankers, a Limited Liability Company**   *

NAME OF LAST ASSIGNEE:   **none of record.**

DATE OF MORTGAGE:   **January 17, 2006**

ORIGINAL MORTGAGE DEBT:   **$63,710.00**

Mortgage recorded March 2, 2006, in the Recorder of Deeds of Lancaster County, Pennsylvania, in 5502617. *Whereas Lancaster Mortgage Bankers since filed Chapter 7 Bankruptcy  (New Jersey Bankruptcy court case No. 07-22479)  and whereas S M Financial Services Corporation bought the assets of Lancaster Mortgage Bankers on August 25, 2010 and whereas S M Financial Services Corporation by and through their attorney S M Law, PC filed a motion for an order to compel Discharge of the Second Mortgage, which Order was entered on _____ _____, 2022, and which by its terms does discharge the aforementioned mortgage, and further authorized SM Financial Services Corporation to acknowledge the within Satisfaction Piece - Discharge of Mortgage. A copy of the Order approving the Motion is attached hereto and made a part hereof

### LEGAL DESCRIPTION

ALL THAT CERTAIN tract of unimproved land, situated along the Easterly side of North Summit Avenue in the Borough of Quarryville, County of Lancaster, and Commonwealth of Pennsylvania, as the same appears as Lot No. 66 on a final plan (Sheet No. 4 of 25) bearing revised plan date of June 16, 2003, prepared for Quarryridge by Lake Roeder Hillard and Associates, Civil Engineers, Land Surveyors, and Landscape Architects, Lancaster, PA, Project No. 548900 and said plan being recorded in the Office of the Recorder of Deeds in and for Lancaster County, Pa. in Subdivision Plan Book J-217, Page 112 and all the same being more fully bounded and described as follows.

BEGINNING at the Northwesterly corner of the herein-described lot, a 3/4 inch rebar to be set on the Easterly right-of-way line of North Summit Avenue a 50-foot wide street and said rebar being the Southwesterly corner of Lot No. 67; thence along said Lot No. 67, North 50 degrees 31 minutes 45 seconds East a distance of 115.00 feet to a 3/4 inch rebar to be set at the Northwesterly corner of Lot No. 72; thence along said Lot No. 72, South 39 degrees 28 minutes 15 seconds East a distance of 90.00 feet to a 3/4 inch rebar to be set at the Northeasterly corner of Lot No. 65; thence along said Lot No. 65, South 50 degrees 31 minutes 45 seconds West a distance of 115.00 feet to a 3/4 inch rebar to be set on the Easterly right-of-way line of North Summit Avenue; thence along the said Easterly right-of-way line, North

39 degrees 28 minutes 15 seconds West a distance of 90.00 feet to the point of BEGINNING.

PIN 530-31461-0-0000

The undersigned hereby certifies that the debt secured by the above-mentioned Mortgage has been fully paid or otherwise discharged and that upon the recording hereof said Mortgage shall be and is hereby fully and forever satisfied and discharged.

The undersigned hereby authorizes and empowers the Recorder of Deeds of said county to enter this satisfaction piece and to cause said mortgage to be satisfied of record.

Witness the due execution hereof.

BY:   STEVEN J. MITNICK, counsel for S M Financial Services Corporation

**State of** _____

**County of** _____

On this _____ day of _____, _____ before me, the undersigned, a Notary Public in and for said state, personally appeared **STEVEN J MITNICK, counsel for S M Financial Services Corporation who acquired assets from Lancaster Mortgage Bankers,**  personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons whose names are subscribed by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

In witness whereof, I hereto set my hand and official seal.

Notary Public
My commission expires: _____

### CERTIFICATE OF RESIDENCE

I, **Abby Wendel**, hereby certify that the precise residence:

**P.O. Box 530 (49 Old Turnpike Rd)    Oldwick, NJ   08858**

Witness my hand this date:    *Abby F Wendel*