| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>STEVEN MITNICK, ESQ., SM0556<br>SM Law PC<br>PO BOX 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>*Counsel to SM Financial Services Corporation* | **Order Filed on August 12, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP<br><br>Debtor. | Case No.: 07-22479/MBK<br><br>Hearing Date: __8/11_____, 2022 at 10:00 a.m. Judge: Honorable Michael B. Kaplan |

**ORDER TO COMPEL DISCHARGE OF THE SECOND MORTGAGE WITH REGARD TO
143 N SUMMIT AVE., QUARRYVILLE, PA**

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: August 12, 2022**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
**LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP**
**Case No.: 07-22479/MBK**
**ORDER TO DISCHARGE OF THE SECOND MORTGAGE WITH REGARD TO 143 N SUMMIT AVE., QUARRYVILLE, PA**
_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through SM Financial Services Corporation's counsel seeking an Order to Compel the Discharge of the Second Mortgage with Regard to 143 N Summit Ave, Quarryville, PA, and the Court having considered same and for good cause:

IT IS ORDERED that:

1. The mortgage held by Lancaster Mortgage Bankers, LLC d/b/a Direct Lending with regard to the 143 N Summit Ave, Quarryville, PA as detailed below and as annexed to the Certification of Steven Mitnick, Esq. as Exhibit "B" is discharged.

> Mortgagor: Vincent Henry and Tracie Henry
> Mortgagee: Lancaster Mortgage Bankers
> Dated: 01/17/2006
> Recorded: 03/02/2006
> Doc ID: 5502617

2. SM Financial Services Corporation is authorized to execute any documents necessary to discharge second mortgage, including but not limited to the Satisfaction Piece- Discharge of Mortgage annexed hereto as "Exhibit A"

*Exhibit "A"*

Preparation at  T.A. Elite of Pennsylvania LLC
direction of Steven J  ATTN: Abby Wendel
Mitnick, counsel
For SM Financial  5139 Main Street
Services Corp  East Petersburg, PA17520
Phone: 717-553-0712

Parcel #   530-31461-0-0000

143 N Summit Ave, Quarryville Borough

File No. 510-000587

## SATISFACTION PIECE - DISCHARGE OF MORTGAGE

Made on  this _____ day of _____ , 2022

MORTGAGOR:  Vincent Henry and Tracie Henry

MORTGAGEE: Lancaster Mortgage Bankers, a Limited Liability Company   *

NAME OF LAST ASSIGNEE:  none of record.

DATE OF MORTGAGE:  January 17, 2006

ORIGINAL MORTGAGE DEBT:  $63,710.00

Mortgage recorded March 2, 2006, in the Recorder of Deeds of Lancaster County, Pennsylvania, in 5502617. *Whereas Lancaster Mortgage Bankers since filed Chapter 7 Bankruptcy  (New Jersey Bankruptcy court case No. 07-22479)  and whereas S M Financial Services Corporation bought the assets of Lancaster Mortgage Bankers on August 25, 2010 and whereas S M Financial Services Corporation by and through their attorney S M Law, PC filed a motion for an order to compel Discharge of the Second Mortgage, which Order was entered on _____ _____, 2022, and which by its terms does discharge the aforementioned mortgage, and further authorized SM Financial Services Corporation to acknowledge the within Satisfaction Piece - Discharge of Mortgage. A copy of the Order approving the Motion is attached hereto and made a part hereof

### LEGAL DESCRIPTION

ALL THAT CERTAIN tract of unimproved land, situated along the Easterly side of North Summit Avenue in the Borough of Quarryville, County of Lancaster, and Commonwealth of Pennsylvania, as the same appears as Lot No. 66 on a final plan (Sheet No. 4 of 25) bearing revised plan date of June 16, 2003, prepared for Quarryridge by Lake Roeder Hillard and Associates, Civil Engineers, Land Surveyors, and Landscape Architects, Lancaster, PA, Project No. 548900 and said plan being recorded in the Office of the Recorder of Deeds in and for Lancaster County, Pa. in Subdivision Plan Book J-217, Page 112 and all the same being more fully bounded and described as follows.

BEGINNING at the Northwesterly corner of the herein-described lot, a 3/4 inch rebar to be set on the Easterly right-of-way line of North Summit Avenue a 50-foot wide street and said rebar being the Southwesterly corner of Lot No. 67; thence along said Lot No. 67, North 50 degrees 31 minutes 45 seconds East a distance of 115.00 feet to a 3/4 inch rebar to be set at the Northwesterly corner of Lot No. 72; thence along said Lot No. 72, South 39 degrees 28 minutes 15 seconds East a distance of 90.00 feet to a 3/4 inch rebar to be set at the Northeasterly corner of Lot No. 65; thence along said Lot No. 65, South 50 degrees 31 minutes 45 seconds West a distance of 115.00 feet to a 3/4 inch rebar to be set on the Easterly right-of-way line of North Summit Avenue; thence along the said Easterly right-of-way line, North

39 degrees 28 minutes 15 seconds West a distance of 90.00 feet to the point of BEGINNING.

PIN 530-31461-0-0000

The undersigned hereby certifies that the debt secured by the above-mentioned Mortgage has been fully paid or otherwise discharged and that upon the recording hereof said Mortgage shall be and is hereby fully and forever satisfied and discharged.

The undersigned hereby authorizes and empowers the Recorder of Deeds of said county to enter this satisfaction piece and to cause said mortgage to be satisfied of record.

Witness the due execution hereof.

_____

BY:   STEVEN J. MITNICK, counsel for S M Financial Services Corporation

**State  of** _____

**County of** _____

On this _____ day of _____, _____ before me, the undersigned, a Notary Public in and for said state, personally appeared **STEVEN J MITNICK, counsel for S M Financial Services Corporation who acquired assets from Lancaster Mortgage Bankers,** personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons whose names are subscribed by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

In witness whereof, I hereto set my hand and official seal.

_____
Notary Public
My commission expires: _____

## CERTIFICATE OF RESIDENCE

I, **Abby Wendel**, hereby certify that the precise residence:

**P.O. Box 530 (49 Old Turnpike Rd)    Oldwick, NJ    08858**

Witness my hand this date:    *Abby F Wendel*

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 07-22479-MBK

Lancaster Mortgage Bankers, LLC      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Aug 16, 2022     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lancaster Mortgage Bankers, LLC, 20 Independence Boulevard, Warren, NJ 07059-2731 |
| aty | + Vincent F. Papalia, Saiber, LLC, 18 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2266 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Interested Party Michael A Cohn agreenberg@hgllclaw.com  btemple@hgllclaw.com |
| Alexandra T. Garcia | on behalf of Creditor Specialized Loan Servicing  LLC as servicer for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-12ALT, Asset-Backed Certificates, Series 2005-12ALT NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor U.S. Bank U.S. Bank National Association  as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Saxon Mortgage Services  Inc. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | |

Case 07-22479-MBK    Doc 1626    Filed 08/18/22    Entered 08/19/22 00:14:02    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 16, 2022 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Kondaur Capital Corporation NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | |
| | on behalf of Creditor U.S. Bank National Association as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | |
| | on behalf of Creditor U.S. Bank National Association as Trustee NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | |
| | on behalf of Creditor ONEWEST BANK FSB NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Allen I Gorski | |
| | on behalf of Plaintiff Peggy Stalford agorski@gorskiknowlton.com |
| Brenda L. Brogdon | |
| | on behalf of Creditor National City Mortgage Company mcohen@mwc-law.com jhillier@mwc-law.com |
| Brenda L. Brogdon | |
| | on behalf of Creditor Specialized Loan Servicing LLC mcohen@mwc-law.com, jhillier@mwc-law.com |
| Brian C. Nicholas | |
| | on behalf of Creditor The Bank of New York Trust Company N.A. as successor to JPMorgan Chase Bank, National Association, f/k/a JPMorgan Chase Bank,as Trustee For Truman Capital Mortgage Loan Trust 2006-1 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |
| Christine A. Pinto | |
| | on behalf of Creditor Specialized Loan Servicing LLC BKcourtnotices@parkermccay.com |
| Christine A. Pinto | |
| | on behalf of Creditor ONEWEST BANK FSB BKcourtnotices@parkermccay.com |
| Christine A. Pinto | |
| | on behalf of Creditor OneWest Bank FSB as Servicer for Deutsche Bank National Trust Company BKcourtnotices@parkermccay.com |
| Colin R. Robinson | |
| | on behalf of Defendant Elliott Salzman crobinson@pszjlaw.com |
| Colin R. Robinson | |
| | on behalf of Defendant Michael Brennan crobinson@pszjlaw.com |
| David L. Stevens | |
| | on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS INC. dstevens@scura.com, ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-BackedCertificates, TMTS Series 2006-7 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |
| Dori L. Scovish | |
| | on behalf of Unknown Role Type Countrywide Home Loans doris@efwlaw.com |
| Dori L. Scovish | |
| | on behalf of Creditor REO Properties Corporation c/o Green Tree Servicing LLC doris@efwlaw.com |
| Dori L. Scovish | |
| | on behalf of Creditor Deutsche Bank c/o Courntrywide Home Loans Inc. doris@efwlaw.com |
| Dori L. Scovish | |
| | on behalf of Creditor Deutsche Bank National Trust Company as Trustee c/o BAC Home Loans Servicing, LP doris@efwlaw.com |
| Emmanuel J. Argentieri | |
| | on behalf of Unknown Role Type Countrywide Home Loans bk@rgalegal.com |
| Emmanuel J. Argentieri | |
| | on behalf of Creditor IndyMac Bank FSB bk@rgalegal.com |
| Emmanuel J. Argentieri | |
| | on behalf of Creditor IndyMac Bank F.S.B. bk@rgalegal.com |
| Emmanuel J. Argentieri | |
| | on behalf of Creditor Specialized Loan Servicing LLC bk@rgalegal.com |
| Emmanuel J. Argentieri | |
| | on behalf of Defendant IndyMac Bank FSB and as Successor in Interest to IndyMAc Mortgage Holdings, Inc. bk@rgalegal.com |
| Emmanuel J. Argentieri | |
| | on behalf of Creditor Indymac Federal Bank FSB bk@rgalegal.com |
| Herbert K. Ryder | |

Case 07-22479-MBK    Doc 1626    Filed 08/18/22    Entered 08/19/22 00:14:02    Desc
Imaged Certificate of Notice    Page 8 of 9

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 16, 2022 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Defendant JP Morgan Chase hk3ryder@gmail.com G16776@notify.cincompass.com |
| J. Alex Kress | on behalf of Interested Party FDIC as Receiver for Indymac Federal Bank, FSB Alex.Kress@wilsonelser.com |
| J. Alex Kress | on behalf of Defendant FDIC as Receiver of IndyMac Federal Bank Alex.Kress@wilsonelser.com |
| J. Alex Kress | on behalf of Defendant IndyMac Bank FSB Alex.Kress@wilsonelser.com |
| J. Alex Kress | on behalf of Defendant Deutsche Bank National Trust Company as Trustee Under the Pooling and Servicing Agreement Series INABS 2006-B Alex.Kress@wilsonelser.com |
| J. Alex Kress | on behalf of Defendant FDIC as Receiver for Indymac Federal Bank, FSB Alex.Kress@wilsonelser.com |
| Jaimie B. Finberg | on behalf of Creditor Litton Loan Servicing LP servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee on Behalf of the Holders of the Terwin Mortgage Trust 2007-6ALT Asset-Backed Certificates Series nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant HSBC Bank USA National Association as Trustee for Nomura Asset Backed Certificate Series 2006-API nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Creditor Bank United nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant Wells Fargo Bank N.A., servicer for HSBC Bank, USA National Association, as Trustee for Nomura Asset Backed Certificate Series 2006-AF1 nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant U. S. Bank National Association as Trustee for Master Asset Backed Securities Trust 2005-AB1 nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant HSBC BANK USA NATIONAL ASSOCIATION As Trustee for Deutsche Bank Alt 2006-AB2 nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant Wells Fargo Bank N.A., servicer for U.S. Bank National Association, as Trustee for Master Asset Backed Securities Trust 2005-AB1 nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant Wells Fargo Bank N.A., servicer for HSBC Bank, USA National Association, as Trustee for Deutsche Bank ALT 2006-AB2 nj.bkecf@fedphe.com |
| Karen B. Olson | on behalf of Interested Party GMAC MORTGAGE LLC kbo@kkmllp.com |
| Kristen D. Little | on behalf of Interested Party DLJ MORTGAGE CAPITAL INC., kdlittleecf@gmail.com |
| Marisa Myers Cohen | on behalf of Creditor National City Mortgage Company nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| Melissa N. Licker | on behalf of Creditor ONEWEST BANK FSB mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Michael J. Milstead | on behalf of Non Compliance Michael J Milstead bkecf@milsteadlaw.com bkecf@milsteadlaw.com |
| Mitchell Malzberg | on behalf of Trustee Peggy E. Stalford mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com |
| Nelson Diaz | on behalf of Creditor U.S. Bank National Association as Trustee ndiaz@privatelenderlaw.com, bkecf@milsteadlaw.com |
| Peggy E. Stalford | pstalford@pstrustee.com;admin@remote7solutions.com,krichter@pstrustee.com,NJ96@ecfcbis.com |
| R. A. Lebron | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor EMC MORTGAGE CORPORATION AS SERVICER FOR, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-AC6 bankruptcy@fskslaw.com |
| R. A. Lebron | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 16, 2022 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor UBS SPECIAL SERVICING GROUP as servicer for ACT PROPERTIES, LLC bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor LANCASTER MORTGAGE BANKERS LLC., D/B/A/ DIRECT LENDING GROUP bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor CHASE HOME FINANCE LLC, as servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY CAPITAL INC. TRUST 2006-HE1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-HE1 bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor ONEWEST BANK FSB bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor BELTWAY CAPITAL LLC bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS INC. bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor IndyMac Bank F.S.B. bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor Beltway Capital Management LLC bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor JP Morgan Chase Bank N.A. bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor EMC Mortgage Corporation bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor American Home Mortgage Servicing Inc. bankruptcy@fskslaw.com |
| Richard D. Trenk | on behalf of Creditor Normandy Warren Holdings LLC rtrenk@trenkisabel.law, cdeangelis@trenkisabel.law |
| Richard D. Trenk | on behalf of Creditor Normandy Real Estate Partners rtrenk@trenkisabel.law cdeangelis@trenkisabel.law |
| Scott D. Sherman | on behalf of Creditor First Niagara Leasing Inc. ssherman@minionsherman.com |
| Scott S. Rever | on behalf of Defendant Joseph Bentivegna srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Steven J. Mitnick | on behalf of Counter-Defendant Peggy E. Stalford Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Trustee Peggy E. Stalford smitnick@mmpclawfirm.com lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Plaintiff Peggy E. Stalford Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Plaintiff Peggy E. Stalford smitnick@mmpclawfirm.com lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Interested Party SM Financial Services Corporation smitnick@sm-lawpc.com lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Plaintiff Peggy Stalford Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Attorney Mitnick & Malzberg P.C. smitnick@mmpclawfirm.com lindsay@sm-lawpc.com |
| Warren S. Wolf | on behalf of Defendant Green Tree Loan Servicing LLC wwolf@goldbergwolf.com |
| Warren S. Wolf | on behalf of Creditor OCWEN LOAN SERVICING LCC. wwolf@goldbergwolf.com |
| Warren S. Wolf | on behalf of Defendant REO Properties Corporation wwolf@goldbergwolf.com |

TOTAL: 78