| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>STEVEN MITNICK, ESQ. (SM0556)<br>SM Law PC<br>P. O. Box 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>Counsel to SM Financial Services Corporation | |
| In Re:<br><br>LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP<br><br>Debtors. | Chapter 7<br><br>Case No.: 07-22479<br><br>Judge: Hon. Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1. I, Lindsay Adams, am a paralegal at the law firm of SM Law PC, counsel to SM Financial Services Corporation in the above-entitled matter.

2. On February 1, 2023, a filed copy of the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice, Application for Order Shortening Time and Motion for Order to approve Payoff of Second Mortgage, Allowing Payment to SM Financial Services Corporation and Allowing SM Financial Services Corporation to Execute any Documentation to Discharge Second Mortgage on 146-148 Tracy Avenue, Lynn, MA 01902 was served upon all parties in the manner listed below.

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: February 1, 2023          */s/ Lindsay Adams*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| OFFICE OF THE U. S. TRUSTEE<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | UST | Via Notice of Electronic Filing (NEF) |
| Alba K. Figueroa, Esq.<br>Costello & Figueroa, Attorneys at Law, P.C.<br>142 Meridian Street<br>East Boston, MA 02128 | Counsel to purchaser of 146-148 Tracy Avenue, Lynn, MA 01902 | Via E-mail |
| Specialized Loan Servicing<br>6200 S. Quebec St.<br>Greenwood Village, CO 80111 | Servicer of Loan on 146-148 Tracy Avenue, Lynn, MA 01902 | Via FedEx Overnight Mail |
| Ermita F. Diaz<br>146-148 Tracy Avenue<br>Lynn, MA 01902 | Owner of 146-148 Tracy Avenue, Lynn, MA 01902 | Via FedEx Overnight Mail |
| Emmanuel J. Argentieri, Esq. | Counsel to IndyMac Bank, FSB, Specialised Loan Servicing, LLC, and Countrywide Home Loans | Via Notice of Electronic Filing (NEF) and E-mail |
| Brenda L. Brogdon, Esq. | Counsel to National City Mortgage Company and Specialized Loan Servicing, LLC | Via Notice of Electronic Filing (NEF) and E-mail |
| Denise E. Carlon, Esq. | Counsel to U.S. Bank National Association, et al | Via Notice of Electronic Filing (NEF) and E-mail |
| Marisa Myers Cohen, Esq. | Counsel to National City Mortgage Company | Via Notice of Electronic Filing (NEF) and E-mail |
| Nelson Diaz, Esq. | Counsel to U.S. Bank National Association | Via Notice of Electronic Filing (NEF) and E-mail |
| Jaimie B. Finberg, Esq. | Counsel to Multiple Parties | Via Notice of Electronic Filing (NEF) and E-mail |
| Alexandra T. Garcia, Esq. | Counsel to Multiple Parties | Via Notice of Electronic Filing (NEF) and E-mail |
| Allen I. Gorski, Esq. | Special Conflicts Counsel to the Trustee | Via Notice of Electronic Filing (NEF) and E-mail |
| Adam D. Greenberg, Esq. | Counsel to Michael A. Cohn | Via Notice of Electronic Filing (NEF) and E-mail |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| J. Alex Kress, Esq. | Counsel to Multiple Parties | Via Notice of Electronic Filing (NEF) and E-mail |
| R.A. LeBron, Esq. | Counsel to Multiple Parties | Via Notice of Electronic Filing (NEF) and E-mail |
| Melissa N. Licker, Esq. | Counsel to Onewest Bank, FSB | Via Notice of Electronic Filing (NEF) and E-mail |
| Kristen D. Little, Esq. | Counsel to CLJ Mortgage Capital, Inc. | Via Notice of Electronic Filing (NEF) and E-mail |
| Mitchell Malzberg, Esq. | Counsel to Chapter 7 Trustee | Via Notice of Electronic Filing (NEF) and E-mail |
| Michael J. Milstead, Esq. | On behalf of Michael J. Milstead | Via Notice of Electronic Filing (NEF) and E-mail |
| Steven J. Mitnick, Esq. | Counsel to Chapter 7 Trustee and SM Financial Services Corporation | Via Notice of Electronic Filing (NEF) and E-mail |
| Brian C. Nicholas, Esq. | Counsel to The Bank of New York Trust Company | Via Notice of Electronic Filing (NEF) and E-mail |
| Karen B. Olsen, Esq. | Counsel to GMAC Mortgage, LLC | Via Notice of Electronic Filing (NEF) and E-mail |
| Christine A. Pinto, Esq. | Counsel to One West Bank and Specialized Loan Servicing LLC | Via Notice of Electronic Filing (NEF) and E-mail |
| Scott S. Rever, Esq. | Counsel to Joseph Bentivegna | Via Notice of Electronic Filing (NEF) and E-mail |
| Colin R. Robinson, Esq. | Counsel to Elliott Salzman and Michael Brennan | Via Notice of Electronic Filing (NEF) and E-mail |
| Nicholas V. Rogers, Esq. | Counsel to Federal National Mortgage Association and One West Bank | Via Notice of Electronic Filing (NEF) and E-mail |
| Herbert K. Ryder, Esq. | Counsel to JP Morgan Chase | Via Notice of Electronic Filing (NEF) and E-mail |
| Dori L. Scovish, Esq. | Counsel to Multiple Parties | Via Notice of Electronic Filing (NEF) and E-mail |

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Scott D. Sherman, Esq. | Counsel to First Niagara Leasing, Inc. | Via Notice of Electronic Filing (NEF) and E-mail |
| Peggy E. Stalford | Chapter 7 Trustee | Via Notice of Electronic Filing (NEF) and E-mail |
| David L. Stevens | Counsel to Residential Credit Solutions, Inc. | Via Notice of Electronic Filing (NEF) and E-mail |
| Richard D. Trenk, Esq. | Counsel to Normandy Real Estate Partners and Normandy Warren Holdings, LLC | Via Notice of Electronic Filing (NEF) |
| Warren S. Wolf, Esq. | Counsel to Green Tree Loan Servicing, LLC, Ocwen Loan Servicing, LLC and REO Properties Corporation | Via Notice of Electronic Filing (NEF) |