UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on February 1, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lancaster Mortgage Bankers, LLC

Case No.: 07-22479

Chapter: 7

Judge: Michael B. Kaplan

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: February 1, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____Steven J. Mitnick, Esq._____ for the reduction of time for a hearing on  Motion re: to Approve Payoff of Second Mortgage, Allowing Payment to SM Fina Corp. and Allowing SM Financial Services Corp. to Execute Doc under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____February 9, 2023_____ at  10:00 am  in the United States Bankruptcy Court, _____402 East State Street, Trenton, New Jersey 08608_____, Courtroom No.  8 .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee and any and all interested parties.
_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☐ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

(NO APPEARANCES UNLESS AN OBJECTION IS FILED)

*rev.1/12/22*

United States Bankruptcy Court
District of New Jersey

In re:  
Lancaster Mortgage Bankers, LLC  
    Debtor

Case No. 07-22479-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Feb 01, 2023     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lancaster Mortgage Bankers, LLC, 20 Independence Boulevard, Warren, NJ 07059-2731 |
| aty | + Vincent F. Papalia, Saiber, LLC, 18 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2266 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2023     Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2023 at the address(es) listed below:

**Name**     **Email Address**

Adam D. Greenberg  
    on behalf of Interested Party Michael A Cohn agreenberg@hgllclaw.com btemple@hgllclaw.com

Alexandra T. Garcia  
    on behalf of Creditor Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-12ALT, Asset-Backed Certificates, Series 2005-12ALT NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia  
    on behalf of Creditor U.S. Bank U.S. Bank National Association as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia  
    on behalf of Creditor Saxon Mortgage Services Inc. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia

Case 07-22479-MBK    Doc 1631    Filed 02/03/23    Entered 02/04/23 00:18:19    Desc
Imaged Certificate of Notice    Page 5 of 7

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Feb 01, 2023 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Kondaur Capital Corporation NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | |
| | on behalf of Creditor U.S. Bank National Association as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | |
| | on behalf of Creditor U.S. Bank National Association as Trustee NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | |
| | on behalf of Creditor ONEWEST BANK FSB NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Allen I Gorski | |
| | on behalf of Plaintiff Peggy Stalford agorski@gorskiknowlton.com |
| Brenda L. Brogdon | |
| | on behalf of Creditor National City Mortgage Company mcohen@mwc-law.com jhillier@mwc-law.com |
| Brenda L. Brogdon | |
| | on behalf of Creditor Specialized Loan Servicing LLC mcohen@mwc-law.com, jhillier@mwc-law.com |
| Brian C. Nicholas | |
| | on behalf of Creditor The Bank of New York Trust Company N.A. as successor to JPMorgan Chase Bank, National Association, f/k/a JPMorgan Chase Bank,as Trustee For Truman Capital Mortgage Loan Trust 2006-1 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |
| Christine A. Pinto | |
| | on behalf of Creditor Specialized Loan Servicing LLC BKcourtnotices@parkermccay.com |
| Christine A. Pinto | |
| | on behalf of Creditor ONEWEST BANK FSB BKcourtnotices@parkermccay.com |
| Christine A. Pinto | |
| | on behalf of Creditor OneWest Bank FSB as Servicer for Deutsche Bank National Trust Company BKcourtnotices@parkermccay.com |
| Colin R. Robinson | |
| | on behalf of Defendant Elliott Salzman crobinson@pszjlaw.com |
| Colin R. Robinson | |
| | on behalf of Defendant Michael Brennan crobinson@pszjlaw.com |
| David L. Stevens | |
| | on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS INC. dstevens@scura.com, ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-BackedCertificates, TMTS Series 2006-7 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |
| Dori L. Scovish | |
| | on behalf of Unknown Role Type Countrywide Home Loans doris@efwlaw.com |
| Dori L. Scovish | |
| | on behalf of Creditor REO Properties Corporation c/o Green Tree Servicing LLC doris@efwlaw.com |
| Dori L. Scovish | |
| | on behalf of Creditor Deutsche Bank c/o Courntrywide Home Loans Inc. doris@efwlaw.com |
| Dori L. Scovish | |
| | on behalf of Creditor Deutsche Bank National Trust Company as Trustee c/o BAC Home Loans Servicing, LP doris@efwlaw.com |
| Emmanuel J. Argentieri | |
| | on behalf of Unknown Role Type Countrywide Home Loans bk@rgalegal.com |
| Emmanuel J. Argentieri | |
| | on behalf of Creditor IndyMac Bank FSB bk@rgalegal.com |
| Emmanuel J. Argentieri | |
| | on behalf of Creditor IndyMac Bank F.S.B. bk@rgalegal.com |
| Emmanuel J. Argentieri | |
| | on behalf of Creditor Specialized Loan Servicing LLC bk@rgalegal.com |
| Emmanuel J. Argentieri | |
| | on behalf of Defendant IndyMac Bank FSB and as Successor in Interest to IndyMAc Mortgage Holdings, Inc. bk@rgalegal.com |
| Emmanuel J. Argentieri | |
| | on behalf of Creditor Indymac Federal Bank FSB bk@rgalegal.com |
| Herbert K. Ryder | |

| | |
|---|---|
| | on behalf of Defendant JP Morgan Chase hk3ryder@gmail.com G16776@notify.cincompass.com |
| J. Alex Kress | on behalf of Interested Party FDIC as Receiver for Indymac Federal Bank, FSB Alex.Kress@wilsonelser.com |
| J. Alex Kress | on behalf of Defendant FDIC as Receiver of IndyMac Federal Bank Alex.Kress@wilsonelser.com |
| J. Alex Kress | on behalf of Defendant IndyMac Bank FSB Alex.Kress@wilsonelser.com |
| J. Alex Kress | on behalf of Defendant Deutsche Bank National Trust Company as Trustee Under the Pooling and Servicing Agreement Series INABS 2006-B Alex.Kress@wilsonelser.com |
| J. Alex Kress | on behalf of Defendant FDIC as Receiver for Indymac Federal Bank, FSB Alex.Kress@wilsonelser.com |
| Jaimie B. Finberg | on behalf of Creditor Litton Loan Servicing LP servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee on Behalf of the Holders of the Terwin Mortgage Trust 2007-6ALT Asset-Backed Certificates Series nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant HSBC Bank USA National Association as Trustee for Nomura Asset Backed Certificate Series 2006-API nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Creditor Bank United nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant Wells Fargo Bank N.A., servicer for HSBC Bank, USA National Association, as Trustee for Nomura Asset Backed Certificate Series 2006-AF1 nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant U. S. Bank National Association as Trustee for Master Asset Backed Securities Trust 2005-AB1 nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant HSBC BANK USA NATIONAL ASSOCIATION As Trustee for Deutsche Bank Alt 2006-AB2 nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant Wells Fargo Bank N.A., servicer for U.S. Bank National Association, as Trustee for Master Asset Backed Securities Trust 2005-AB1 nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant Wells Fargo Bank N.A., servicer for HSBC Bank, USA National Association, as Trustee for Deutsche Bank ALT 2006-AB2 nj.bkecf@fedphe.com |
| Karen B. Olson | on behalf of Interested Party GMAC MORTGAGE LLC kbo@kkmllp.com |
| Kristen D. Little | on behalf of Interested Party DLJ MORTGAGE CAPITAL INC., kdlittleecf@gmail.com |
| Marisa Myers Cohen | on behalf of Creditor National City Mortgage Company nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| Melissa N. Licker | on behalf of Creditor ONEWEST BANK FSB mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Michael J. Milstead | on behalf of Non Compliance Michael J Milstead bkecf@milsteadlaw.com bkecf@milsteadlaw.com |
| Mitchell Malzberg | on behalf of Trustee Peggy E. Stalford mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com |
| Nelson Diaz | on behalf of Creditor U.S. Bank National Association as Trustee ndiaz@privatelenderlaw.com, bkecf@milsteadlaw.com |
| Peggy E. Stalford | pstalford@pstrustee.com;admin@remote7solutions.com,krichter@pstrustee.com,NJ96@ecfcbis.com |
| R. A. Lebron | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor EMC MORTGAGE CORPORATION AS SERVICER FOR, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-AC6 bankruptcy@fskslaw.com |
| R. A. Lebron | |

Case 07-22479-MBK    Doc 1631    Filed 02/03/23    Entered 02/04/23 00:18:19    Desc
Imaged Certificate of Notice    Page 7 of 7

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 01, 2023 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor UBS SPECIAL SERVICING GROUP as servicer for ACT PROPERTIES, LLC bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor LANCASTER MORTGAGE BANKERS LLC., D/B/A/ DIRECT LENDING GROUP bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor CHASE HOME FINANCE LLC, as servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY CAPITAL INC. TRUST 2006-HE1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-HE1 bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor ONEWEST BANK FSB bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor BELTWAY CAPITAL LLC bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS INC. bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor IndyMac Bank F.S.B. bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor Beltway Capital Management LLC bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor JP Morgan Chase Bank N.A. bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor EMC Mortgage Corporation bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor American Home Mortgage Servicing Inc. bankruptcy@fskslaw.com |
| Richard D. Trenk | on behalf of Creditor Normandy Warren Holdings LLC rtrenk@trenkisabel.law, cdeangelis@trenkisabel.law |
| Richard D. Trenk | on behalf of Creditor Normandy Real Estate Partners rtrenk@trenkisabel.law cdeangelis@trenkisabel.law |
| Scott D. Sherman | on behalf of Creditor First Niagara Leasing Inc. ssherman@minionsherman.com |
| Scott S. Rever | on behalf of Defendant Joseph Bentivegna srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Steven J. Mitnick | on behalf of Counter-Defendant Peggy E. Stalford Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Trustee Peggy E. Stalford smitnick@mmpclawfirm.com lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Plaintiff Peggy E. Stalford Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Plaintiff Peggy E. Stalford smitnick@mmpclawfirm.com lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Interested Party SM Financial Services Corporation smitnick@sm-lawpc.com lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Plaintiff Peggy Stalford Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Attorney Mitnick & Malzberg P.C. smitnick@mmpclawfirm.com lindsay@sm-lawpc.com |
| Warren S. Wolf | on behalf of Defendant Green Tree Loan Servicing LLC wwolf@goldbergwolf.com |
| Warren S. Wolf | on behalf of Creditor OCWEN LOAN SERVICING LCC. wwolf@goldbergwolf.com |
| Warren S. Wolf | on behalf of Defendant REO Properties Corporation wwolf@goldbergwolf.com |

TOTAL: 78