UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
STEVEN MITNICK, ESQ., SM0556
S. MITNICK LAW PC
PO BOX 530
49 Old Turnpike Road
Oldwick, New Jersey 08858
(908) 572-7275
*Counsel to SM Financial Services Corporation*

**Order Filed on February 10, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT
LENDING GROUP

                                Debtor.

Case No.: 07-22479/MBK

Hearing Date: _____, 2023 at 10:00 a.m.

Judge: Honorable Michael B. Kaplan

**ORDER TO APPROVE PAYOFF OF SECOND MORTGAGE, ALLOWING PAYMENT TO SM FINANCIAL SERVICES
CORPORATION AND ALLOWING SM FINANCIAL SERVICES CORPORATION TO EXECUTE ANY
DOCUMENTATION TO DISCHARGE SECOND MORTGAGE ON 146-148 TRACY AVENUE, LYNN, MA 01902**

The relief set forth on the following pages, numbered two (2) through (2)  is hereby **ORDERED**.

**DATED: February 10, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
**LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP**
**Case No.: 07-22479/MBK**
**ORDER TO APPROVE PAYOFF OF SECOND MORTGAGE, ALLOWING PAYMENT TO SM FINANCIAL SERVICES
CORPORATION AND ALLOWING SM FINANCIAL SERVICES CORPORATION TO EXECUTE ANY DOCUMENTATION
TO DISCHARGE SECOND MORTGAGE ON 146-148 TRACY AVENUE, LYNN, MA 01902**
_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through SM

Financial Services Corporation's counsel seeking an Order to Approve Payoff of Second Mortgage, Allowing

Payment to SM Financial Services Corporation and Allowing SM Financial Services Corporation to Execute any

Documentation to Close on 146-148 Tracy Avenue, Lynn, MA 01902, and the Court having considered same and

for good  cause:

IT IS ORDERED that:

1.  The payoff of the second mortgage held by Lancaster Mortgage Bankers, LLC d/b/a Direct Lending

with regard to the 146-148 Tracy Avenue, Lynn, MA 01902 as annexed to the Certification of Steven Mitnick,

Esq. as Exhibit "B"is hereby approved and to be paid directly to SM Financial Services Corporation.

2.  SM Financial Services Corporation is authorized to execute to execute any documents necessary

to discharge second mortgage per the below on property located 146-148 Tracy Avenue, Lynn, MA 01902.

> Mortgagor: Ermita F. Diaz
> Mortgagee: Lancaster Mortgage Bankers
> Dated: 08/09/2005
> Recorded: 08/11/2005
> Doc ID: 2005081100011
> Bk: 24685 Pg: 150