| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>STEVEN MITNICK, ESQ., SM0556<br>S. MITNICK LAW PC<br>PO BOX 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>*Counsel to SM Financial Services Corporation* | **Order Filed on February 10, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP<br><br>Debtor. | Case No.: 07-22479/MBK<br><br>Hearing Date: _____, 2023 at 10:00 a.m.<br><br>Judge: Honorable Michael B. Kaplan |

**ORDER TO APPROVE PAYOFF OF SECOND MORTGAGE, ALLOWING PAYMENT TO SM FINANCIAL SERVICES CORPORATION AND ALLOWING SM FINANCIAL SERVICES CORPORATION TO EXECUTE ANY DOCUMENTATION TO DISCHARGE SECOND MORTGAGE ON 146-148 TRACY AVENUE, LYNN, MA 01902**

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: February 10, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page 2
**LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP**
**Case No.: 07-22479/MBK**
**ORDER TO APPROVE PAYOFF OF SECOND MORTGAGE, ALLOWING PAYMENT TO SM FINANCIAL SERVICES CORPORATION AND ALLOWING SM FINANCIAL SERVICES CORPORATION TO EXECUTE ANY DOCUMENTATION TO DISCHARGE SECOND MORTGAGE ON 146-148 TRACY AVENUE, LYNN, MA 01902**
_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through SM Financial Services Corporation's counsel seeking an Order to Approve Payoff of Second Mortgage, Allowing Payment to SM Financial Services Corporation and Allowing SM Financial Services Corporation to Execute any Documentation to Close on 146-148 Tracy Avenue, Lynn, MA 01902, and the Court having considered same and for good cause:

IT IS ORDERED that:

1. The payoff of the second mortgage held by Lancaster Mortgage Bankers, LLC d/b/a Direct Lending with regard to the 146-148 Tracy Avenue, Lynn, MA 01902 as annexed to the Certification of Steven Mitnick, Esq. as Exhibit "B" is hereby approved and to be paid directly to SM Financial Services Corporation.

2. SM Financial Services Corporation is authorized to execute to execute any documents necessary to discharge second mortgage per the below on property located 146-148 Tracy Avenue, Lynn, MA 01902.

        Mortgagor: Ermita F. Diaz
        Mortgagee: Lancaster Mortgage Bankers
        Dated: 08/09/2005
        Recorded: 08/11/2005
        Doc ID: 2005081100011
        Bk: 24685 Pg: 150

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 07-22479-MBK

Lancaster Mortgage Bankers, LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 10, 2023 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lancaster Mortgage Bankers, LLC, 20 Independence Boulevard, Warren, NJ 07059-2731 |
| aty | + Vincent F. Papalia, Saiber, LLC, 18 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2266 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Interested Party Michael A Cohn agreenberg@hgllclaw.com  btemple@hgllclaw.com |
| Alexandra T. Garcia | on behalf of Creditor Specialized Loan Servicing  LLC as servicer for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-12ALT, Asset-Backed Certificates, Series 2005-12ALT NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor U.S. Bank U.S. Bank National Association  as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Saxon Mortgage Services  Inc. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | |

Case 07-22479-MBK    Doc 1633    Filed 02/12/23    Entered 02/13/23 00:16:12    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Kondaur Capital Corporation NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | |
| | on behalf of Creditor ONEWEST BANK FSB NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Allen I Gorski | |
| | on behalf of Plaintiff Peggy Stalford agorski@gorskiknowlton.com |
| Brenda L. Brogdon | |
| | on behalf of Creditor National City Mortgage Company mcohen@mwc-law.com  jhillier@mwc-law.com |
| Brenda L. Brogdon | |
| | on behalf of Creditor Specialized Loan Servicing  LLC mcohen@mwc-law.com, jhillier@mwc-law.com |
| Brian C. Nicholas | |
| | on behalf of Creditor The Bank of New York Trust Company  N.A. as successor to JPMorgan Chase Bank, National Association, f/k/a JPMorgan Chase Bank,as Trustee For Truman Capital Mortgage Loan Trust 2006-1 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |
| Christine A. Pinto | |
| | on behalf of Creditor Specialized Loan Servicing  LLC BKcourtnotices@parkermccay.com |
| Christine A. Pinto | |
| | on behalf of Creditor ONEWEST BANK FSB BKcourtnotices@parkermccay.com |
| Christine A. Pinto | |
| | on behalf of Creditor OneWest Bank  FSB as Servicer for Deutsche Bank National Trust Company BKcourtnotices@parkermccay.com |
| Colin R. Robinson | |
| | on behalf of Defendant Elliott Salzman crobinson@pszjlaw.com |
| Colin R. Robinson | |
| | on behalf of Defendant Michael Brennan crobinson@pszjlaw.com |
| David L. Stevens | |
| | on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS  INC. dstevens@scura.com, ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-BackedCertificates, TMTS Series 2006-7 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com |
| Dori L. Scovish | |
| | on behalf of Unknown Role Type Countrywide Home Loans doris@efwlaw.com |
| Dori L. Scovish | |
| | on behalf of Creditor REO Properties Corporation c/o Green Tree Servicing  LLC doris@efwlaw.com |
| Dori L. Scovish | |
| | on behalf of Creditor Deutsche Bank c/o Courntrywide Home Loans  Inc. doris@efwlaw.com |
| Dori L. Scovish | |
| | on behalf of Creditor Deutsche Bank National Trust Company as Trustee  c/o BAC Home Loans Servicing, LP doris@efwlaw.com |
| Emmanuel J. Argentieri | |
| | on behalf of Unknown Role Type Countrywide Home Loans bk@rgalegal.com |
| Emmanuel J. Argentieri | |
| | on behalf of Creditor IndyMac Bank FSB bk@rgalegal.com |
| Emmanuel J. Argentieri | |
| | on behalf of Creditor IndyMac Bank  F.S.B. bk@rgalegal.com |
| Emmanuel J. Argentieri | |
| | on behalf of Creditor Specialized Loan Servicing  LLC bk@rgalegal.com |
| Emmanuel J. Argentieri | |
| | on behalf of Defendant IndyMac Bank  FSB and as Successor in Interest to IndyMAc Mortgage Holdings, Inc. bk@rgalegal.com |
| Emmanuel J. Argentieri | |
| | on behalf of Creditor Indymac Federal Bank FSB bk@rgalegal.com |
| Herbert K. Ryder | |

Case 07-22479-MBK    Doc 1633    Filed 02/12/23    Entered 02/13/23 00:16:12    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Defendant JP Morgan Chase hk3ryder@gmail.com  G16776@notify.cincompass.com |
| J. Alex Kress | on behalf of Interested Party FDIC as Receiver for Indymac Federal Bank, FSB Alex.Kress@wilsonelser.com |
| J. Alex Kress | on behalf of Defendant FDIC as Receiver of IndyMac Federal Bank Alex.Kress@wilsonelser.com |
| J. Alex Kress | on behalf of Defendant IndyMac Bank  FSB Alex.Kress@wilsonelser.com |
| J. Alex Kress | on behalf of Defendant Deutsche Bank National Trust Company as Trustee Under the Pooling and Servicing Agreement Series INABS 2006-B Alex.Kress@wilsonelser.com |
| J. Alex Kress | on behalf of Defendant FDIC  as Receiver for Indymac Federal Bank, FSB Alex.Kress@wilsonelser.com |
| Jaimie B. Finberg | on behalf of Creditor Litton Loan Servicing LP servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee on Behalf of the Holders of the Terwin Mortgage Trust 2007-6ALT Asset-Backed Certificates Series nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant HSBC Bank USA  National Association as Trustee for Nomura Asset Backed Certificate Series 2006-API nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Creditor Bank United nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant Wells Fargo Bank  N.A., servicer for HSBC Bank, USA National Association, as Trustee for Nomura Asset Backed Certificate Series 2006-AF1 nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant U. S. Bank National Association as Trustee for Master Asset Backed Securities Trust 2005-AB1 nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant HSBC BANK USA NATIONAL ASSOCIATION As Trustee for Deutsche Bank Alt 2006-AB2 nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant Wells Fargo Bank  N.A., servicer for U.S. Bank National Association, as Trustee for Master Asset Backed Securities Trust 2005-AB1 nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant Wells Fargo Bank  N.A., servicer for HSBC Bank, USA National Association, as Trustee for Deutsche Bank ALT 2006-AB2 nj.bkecf@fedphe.com |
| Karen B. Olson | on behalf of Interested Party GMAC MORTGAGE  LLC kbo@kkmllp.com |
| Kristen D. Little | on behalf of Interested Party DLJ MORTGAGE CAPITAL  INC., kdlittleecf@gmail.com |
| Marisa Myers Cohen | on behalf of Creditor National City Mortgage Company nj-ecfmail@mwc-law.com  jhillier@mwc-law.com |
| Melissa N. Licker | on behalf of Creditor ONEWEST BANK  FSB mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Michael J. Milstead | on behalf of Non Compliance Michael J Milstead bkecf@milsteadlaw.com  bkecf@milsteadlaw.com |
| Mitchell Malzberg | on behalf of Trustee Peggy E. Stalford mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com |
| Nelson Diaz | on behalf of Creditor U.S. Bank National Association  as Trustee ndiaz@privatelenderlaw.com, bkecf@milsteadlaw.com |
| Peggy E. Stalford | pstalford@pstrustee.com;admin@remote7solutions.com,krichter@pstrustee.com,NJ96@ecfcbis.com |
| R. A. Lebron | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor EMC MORTGAGE CORPORATION  AS SERVICER FOR, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-AC6 bankruptcy@fskslaw.com |
| R. A. Lebron | |

| | |
|---|---|
| | on behalf of Creditor UBS SPECIAL SERVICING GROUP as servicer for ACT PROPERTIES, LLC bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor LANCASTER MORTGAGE BANKERS LLC., D/B/A/ DIRECT LENDING GROUP bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor CHASE HOME FINANCE LLC, as servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY CAPITAL INC. TRUST 2006-HE1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-HE1 bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor ONEWEST BANK FSB bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor BELTWAY CAPITAL LLC bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS INC. bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor IndyMac Bank F.S.B. bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor Beltway Capital Management LLC bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor JP Morgan Chase Bank N.A. bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor EMC Mortgage Corporation bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor American Home Mortgage Servicing Inc. bankruptcy@fskslaw.com |
| Richard D. Trenk | on behalf of Creditor Normandy Warren Holdings LLC rtrenk@trenkisabel.law, cdeangelis@trenkisabel.law |
| Richard D. Trenk | on behalf of Creditor Normandy Real Estate Partners rtrenk@trenkisabel.law cdeangelis@trenkisabel.law |
| Scott D. Sherman | on behalf of Creditor First Niagara Leasing Inc. ssherman@minionsherman.com |
| Scott S. Rever | on behalf of Defendant Joseph Bentivegna srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Steven J. Mitnick | on behalf of Counter-Defendant Peggy E. Stalford Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Trustee Peggy E. Stalford smitnick@mmpclawfirm.com lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Plaintiff Peggy E. Stalford Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Plaintiff Peggy E. Stalford smitnick@mmpclawfirm.com lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Interested Party SM Financial Services Corporation smitnick@sm-lawpc.com lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Plaintiff Peggy Stalford Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Attorney Mitnick & Malzberg P.C. smitnick@mmpclawfirm.com lindsay@sm-lawpc.com |
| Warren S. Wolf | on behalf of Defendant Green Tree Loan Servicing LLC wwolf@goldbergwolf.com |
| Warren S. Wolf | on behalf of Creditor OCWEN LOAN SERVICING LCC. wwolf@goldbergwolf.com |
| Warren S. Wolf | on behalf of Defendant REO Properties Corporation wwolf@goldbergwolf.com |

TOTAL: 78