UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on May 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Lancaster Mortgage Bankers, LLC

Case No.: 07-22479

Chapter: 7

Judge: Michael B. Kaplan

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: May 15, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of ___Lancaster Mortgage Bankers, LLC___ for the reduction of time for a hearing on __Motion re: to Assign the First Mortgage and to Approve Payoff of Second Mortgage_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___May 25, 2023___ at _10:00 am_ in the United States Bankruptcy Court, ___402 East State Street, Trenton, New Jersey 08608___, Courtroom No. _8_.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee and any and all interested parties.
_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☐ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 07-22479-MBK

Lancaster Mortgage Bankers, LLC  Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 4
Date Rcvd: May 15, 2023 Form ID: pdf903 Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lancaster Mortgage Bankers, LLC, 20 Independence Boulevard, Warren, NJ 07059-2731 |
| aty | + Vincent F. Papalia, Saiber, LLC, 18 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2266 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Adam D. Greenberg
   on behalf of Interested Party Michael A Cohn agreenberg@hgllclaw.com btemple@hgllclaw.com

Alexandra T. Garcia
   on behalf of Creditor Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-12ALT, Asset-Backed Certificates, Series 2005-12ALT NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia
   on behalf of Creditor U.S. Bank U.S. Bank National Association as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia
   on behalf of Creditor Saxon Mortgage Services Inc. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia
   on behalf of Creditor Kondaur Capital Corporation NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com

Case 07-22479-MBK    Doc 1638    Filed 05/17/23    Entered 05/18/23 00:13:19    Desc
Imaged Certificate of Notice    Page 5 of 7

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: May 15, 2023 | Form ID: pdf903 | Total Noticed: 2 |

Alexandra T. Garcia
    on behalf of Creditor U.S. Bank National Association as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia
    on behalf of Creditor U.S. Bank National Association as Trustee NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia
    on behalf of Creditor ONEWEST BANK FSB NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com

Allen I Gorski
    on behalf of Plaintiff Peggy Stalford agorski@gorskiknowlton.com

Brenda L. Brogdon
    on behalf of Creditor National City Mortgage Company mcohen@mwc-law.com jhillier@mwc-law.com

Brenda L. Brogdon
    on behalf of Creditor Specialized Loan Servicing LLC mcohen@mwc-law.com, jhillier@mwc-law.com

Brian C. Nicholas
    on behalf of Creditor The Bank of New York Trust Company N.A. as successor to JPMorgan Chase Bank, National Association, f/k/a JPMorgan Chase Bank,as Trustee For Truman Capital Mortgage Loan Trust 2006-1 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

Christine A. Pinto
    on behalf of Creditor Specialized Loan Servicing LLC BKcourtnotices@parkermccay.com

Christine A. Pinto
    on behalf of Creditor ONEWEST BANK FSB BKcourtnotices@parkermccay.com

Christine A. Pinto
    on behalf of Creditor OneWest Bank FSB as Servicer for Deutsche Bank National Trust Company BKcourtnotices@parkermccay.com

Colin R. Robinson
    on behalf of Defendant Elliott Salzman crobinson@pszjlaw.com

Colin R. Robinson
    on behalf of Defendant Michael Brennan crobinson@pszjlaw.com

David L. Stevens
    on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS INC. dstevens@scura.com, ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-BackedCertificates, TMTS Series 2006-7 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

Dori L. Scovish
    on behalf of Unknown Role Type Countrywide Home Loans doris@efwlaw.com

Dori L. Scovish
    on behalf of Creditor REO Properties Corporation c/o Green Tree Servicing LLC doris@efwlaw.com

Dori L. Scovish
    on behalf of Creditor Deutsche Bank c/o Courntrywide Home Loans Inc. doris@efwlaw.com

Dori L. Scovish
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee c/o BAC Home Loans Servicing, LP doris@efwlaw.com

Emmanuel J. Argentieri
    on behalf of Unknown Role Type Countrywide Home Loans bk@rgalegal.com

Emmanuel J. Argentieri
    on behalf of Creditor IndyMac Bank FSB bk@rgalegal.com

Emmanuel J. Argentieri
    on behalf of Creditor IndyMac Bank F.S.B. bk@rgalegal.com

Emmanuel J. Argentieri
    on behalf of Creditor Specialized Loan Servicing LLC bk@rgalegal.com

Emmanuel J. Argentieri
    on behalf of Defendant IndyMac Bank FSB and as Successor in Interest to IndyMAc Mortgage Holdings, Inc. bk@rgalegal.com

Emmanuel J. Argentieri
    on behalf of Creditor Indymac Federal Bank FSB bk@rgalegal.com

Herbert K. Ryder
    on behalf of Defendant JP Morgan Chase hk3ryder@gmail.com G16776@notify.cincompass.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 4 |
| Date Rcvd: May 15, 2023 | Form ID: pdf903 | Total Noticed: 2 |

J. Alex Kress
    on behalf of Interested Party FDIC as Receiver for Indymac Federal Bank, FSB akress@chapman.com

J. Alex Kress
    on behalf of Defendant FDIC as Receiver of IndyMac Federal Bank akress@chapman.com

J. Alex Kress
    on behalf of Defendant IndyMac Bank FSB akress@chapman.com

J. Alex Kress
    on behalf of Defendant Deutsche Bank National Trust Company as Trustee Under the Pooling and Servicing Agreement Series INABS 2006-B akress@chapman.com

J. Alex Kress
    on behalf of Defendant FDIC as Receiver for Indymac Federal Bank, FSB akress@chapman.com

Jaimie B. Finberg
    on behalf of Creditor Litton Loan Servicing LP servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee on Behalf of the Holders of the Terwin Mortgage Trust 2007-6ALT Asset-Backed Certificates Series nj.bkecf@fedphe.com

Jaimie B. Finberg
    on behalf of Defendant HSBC Bank USA National Association as Trustee for Nomura Asset Backed Certificate Series 2006-API nj.bkecf@fedphe.com

Jaimie B. Finberg
    on behalf of Creditor Bank United nj.bkecf@fedphe.com

Jaimie B. Finberg
    on behalf of Defendant Wells Fargo Bank N.A., servicer for HSBC Bank, USA National Association, as Trustee for Nomura Asset Backed Certificate Series 2006-AF1 nj.bkecf@fedphe.com

Jaimie B. Finberg
    on behalf of Defendant U. S. Bank National Association as Trustee for Master Asset Backed Securities Trust 2005-AB1 nj.bkecf@fedphe.com

Jaimie B. Finberg
    on behalf of Defendant HSBC BANK USA NATIONAL ASSOCIATION As Trustee for Deutsche Bank Alt 2006-AB2 nj.bkecf@fedphe.com

Jaimie B. Finberg
    on behalf of Defendant Wells Fargo Bank N.A., servicer for U.S. Bank National Association, as Trustee for Master Asset Backed Securities Trust 2005-AB1 nj.bkecf@fedphe.com

Jaimie B. Finberg
    on behalf of Defendant Wells Fargo Bank N.A., servicer for HSBC Bank, USA National Association, as Trustee for Deutsche Bank ALT 2006-AB2 nj.bkecf@fedphe.com

Karen B. Olson
    on behalf of Interested Party GMAC MORTGAGE LLC kbo@kkmllp.com

Kristen D. Little
    on behalf of Interested Party DLJ MORTGAGE CAPITAL INC., kdlittleecf@gmail.com

Marisa Myers Cohen
    on behalf of Creditor National City Mortgage Company nj-ecfmail@mwc-law.com jhillier@mwc-law.com

Melissa N. Licker
    on behalf of Creditor ONEWEST BANK FSB mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Michael J. Milstead
    on behalf of Non Compliance Michael J Milstead bkecf@milsteadlaw.com bkecf@milsteadlaw.com

Mitchell Malzberg
    on behalf of Trustee Peggy E. Stalford mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com

Nelson Diaz
    on behalf of Creditor U.S. Bank National Association as Trustee ndiaz@privatelenderlaw.com, bkecf@milsteadlaw.com

Peggy E. Stalford
    pstalford@pstrustee.com;admin@remote7solutions.com,krichter@pstrustee.com,NJ96@ecfcbis.com

R. A. Lebron
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor EMC MORTGAGE CORPORATION AS SERVICER FOR, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-AC6 bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor UBS SPECIAL SERVICING GROUP as servicer for ACT PROPERTIES, LLC bankruptcy@fskslaw.com

Case 07-22479-MBK    Doc 1638    Filed 05/17/23    Entered 05/18/23 00:13:19    Desc
Imaged Certificate of Notice    Page 7 of 7

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| R. A. Lebron | on behalf of Creditor LANCASTER MORTGAGE BANKERS  LLC., D/B/A/ DIRECT LENDING GROUP bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor CHASE HOME FINANCE  LLC, as servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY CAPITAL INC. TRUST 2006-HE1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-HE1 bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor ONEWEST BANK FSB bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor BELTWAY CAPITAL  LLC bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS  INC. bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor IndyMac Bank  F.S.B. bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor Beltway Capital Management  LLC bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor JP Morgan Chase Bank  N.A. bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor EMC Mortgage Corporation bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor American Home Mortgage Servicing  Inc. bankruptcy@fskslaw.com |
| Richard D. Trenk | on behalf of Creditor Normandy Warren Holdings  LLC rtrenk@trenkisabel.law, cdeangelis@trenkisabel.law |
| Richard D. Trenk | on behalf of Creditor Normandy Real Estate Partners rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law |
| Scott D. Sherman | on behalf of Creditor First Niagara Leasing  Inc. ssherman@minionsherman.com |
| Scott S. Rever | on behalf of Defendant Joseph Bentivegna srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Steven J. Mitnick | on behalf of Counter-Defendant Peggy E. Stalford  Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Trustee Peggy E. Stalford smitnick@mmpclawfirm.com  lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Plaintiff Peggy E. Stalford  Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Plaintiff Peggy E. Stalford smitnick@mmpclawfirm.com  lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Interested Party SM Financial Services Corporation smitnick@sm-lawpc.com  lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Plaintiff Peggy Stalford  Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com |
| Steven J. Mitnick | on behalf of Attorney Mitnick & Malzberg P.C. smitnick@mmpclawfirm.com  lindsay@sm-lawpc.com |
| Warren S. Wolf | on behalf of Defendant Green Tree Loan Servicing  LLC wwolf@goldbergwolf.com |
| Warren S. Wolf | on behalf of Creditor OCWEN LOAN SERVICING  LCC. wwolf@goldbergwolf.com |
| Warren S. Wolf | on behalf of Defendant REO Properties Corporation wwolf@goldbergwolf.com |

TOTAL: 78