| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>STEVEN MITNICK, ESQ., SM0556<br>S. MITNICK LAW PC<br>PO BOX 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>*Counsel to SM Financial Services Corporation* | <br>**Order Filed on May 25, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP<br><br>Debtor. | Case No.: 07-22479/MBK<br><br>Hearing Date: _____, 2023 at 10:00 a.m.<br><br>Judge: Honorable Michael B. Kaplan |

**ORDER TO ASSIGN MORTGAGE AND APPROVE PAYOFF OF SECOND MORTGAGE, ALLOWING PAYMENT TO SM FINANCIAL SERVICES CORPORATION AND ALLOWING SM FINANCIAL SERVICES CORPORATION TO EXECUTE ANY DOCUMENTATION TO DISCHARGE SECOND MORTGAGE ON 899-901 ESSEX STREET, LAWRENCE, MA 01902**

The relief set forth on the following pages, numbered one (1) through three (3) is hereby **ORDERED**.

**DATED: May 25, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
**LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP**
**Case No.: 07-22479/MBK**
**ORDER TO ASSIGN MORTGAGE AND APPROVE PAYOFF OF SECOND MORTGAGE, ALLOWING PAYMENT TO SM FINANCIAL SERVICES CORPORATION AND ALLOWING SM FINANCIAL SERVICES CORPORATION TO EXECUTE ANY DOCUMENTATION TO DISCHARGE SECOND MORTGAGE ON 899-901 ESSEX STREET, LAWRENCE, MA**
_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through SM Financial Services Corporation's counsel seeking an Order to Discharge Mortgage and Approve Payoff of Second Mortgage, Allowing Payment to SM Financial Services Corporation and Allowing SM Financial Services Corporation to Execute any Documentation to Close on 899-901 Essex Street, Lawrence, MA, and the Court having considered same and for good cause:

IT IS ORDERED that:

1. The first mortgage held by Lancaster Mortgage Bankers, LLC d/b/a Direct Lending with regard to the 899-901 Essex Street, Lawrence, MA as detailed below and as annexed to the Certification of Steven Mitnick, Esq. as Exhibit "B" is assigned to Bank fo America pursuant to Exhibit "B" of the Certification. SM Financial Services Corporation is authorized to execute to execute any documents necessary to assign the first mortgage in exchange for $7,500.00 to be paid from the closing proceeds.

> Mortgagor: Germania Acosta
> Mortgagee: Lancaster Mortgage Bankers
> Dated: 06/23/2005
> Recorded: 06/23/2002
> BK 9589, PG 68-84

2. The payoff of the second mortgage held by Lancaster Mortgage Bankers, LLC d/b/a Direct Lending with regard to the 899-901 Essex Street, Lawrence, MA as annexed to the Certification of Steven Mitnick, Esq. as Exhibit "C" is hereby approved and to be paid directly to SM Financial Services Corporation, who may negotiate the amount due.

3. SM Financial Services Corporation is authorized to execute to execute any documents necessary to discharge the second mortgage per the below on property located 899-901 Essex Street, Lawrence, MA upon payment to SM Financial Services Corporation pursuant to paragraph 2.

> Mortgagor: Germania Acosta
> Mortgagee: Lancaster Mortgage Bankers
> Dated: 06/23/2005
> Recorded: 06/23/2002
> BK 9589, PG 85-94