UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
STEVEN MITNICK, ESQ., SM0556
S. MITNICK LAW PC
PO BOX 530
49 Old Turnpike Road
Oldwick, New Jersey 08858
(908) 572-7275
*Counsel to SM Financial Services Corporation*

**Order Filed on May 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

In Re:

LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT
LENDING GROUP

                              Debtor.

Case No.: 07-22479/MBK

Hearing Date: _____, 2023 at 10:00 a.m.

Judge: Honorable Michael B. Kaplan

**ORDER TO ASSIGN MORTGAGE AND APPROVE PAYOFF OF SECOND MORTGAGE, ALLOWING PAYMENT TO
SM FINANCIAL SERVICES CORPORATION AND ALLOWING SM FINANCIAL SERVICES CORPORATION TO
EXECUTE ANY DOCUMENTATION TO DISCHARGE SECOND MORTGAGE ON 899-901 ESSEX STREET,
LAWRENCE, MA 01902**

The relief set forth on the following pages, numbered one (1) through three (3)  is hereby **ORDERED**.

**DATED: May 25, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
**LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP**
**Case No.: 07-22479/MBK**
**ORDER TO ASSIGN MORTGAGE AND APPROVE PAYOFF OF SECOND MORTGAGE, ALLOWING PAYMENT TO SM FINANCIAL SERVICES CORPORATION AND ALLOWING SM FINANCIAL SERVICES CORPORATION TO EXECUTE ANY DOCUMENTATION TO DISCHARGE SECOND MORTGAGE ON 899-901 ESSEX STREET, LAWRENCE, MA**

_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through SM Financial Services Corporation's counsel seeking an Order to Discharge Mortgage and Approve Payoff of Second Mortgage, Allowing Payment to SM Financial Services Corporation and Allowing SM Financial Services Corporation to Execute any Documentation to Close on 899-901 Essex Street, Lawrence, MA, and the Court having considered same and for good  cause:

IT IS ORDERED that:

1.  The first mortgage held by Lancaster Mortgage Bankers, LLC d/b/a Direct Lending with regard to the 899-901 Essex Street, Lawrence, MA as detailed below and as annexed to the Certification of Steven Mitnick, Esq. as Exhibit "B"is assigned to Bank fo America pursuant to Exhibit "B" of the Certification.  SM Financial Services Corporation is authorized to execute to execute any documents necessary to assign the first mortgage in exchange for $7,500.00 to be paid from the closing proceeds.

> Mortgagor: Germania Acosta
> Mortgagee: Lancaster Mortgage Bankers
> Dated: 06/23/2005
> Recorded: 06/23/2002
> BK 9589, PG 68-84

2.  The payoff of the second mortgage held by Lancaster Mortgage Bankers, LLC d/b/a Direct Lending with regard to the 899-901 Essex Street, Lawrence, MA as annexed to the Certification of Steven Mitnick, Esq. as Exhibit "C"is hereby approved and to be paid directly to SM Financial Services Corporation, who may negotiate the amount due.

3.  SM Financial Services Corporation is authorized to execute to execute any documents necessary

to discharge the second mortgage per the below on property located 899-901 Essex Street, Lawrence, MA

upon payment to SM Financial Services Corporation pursuant to paragraph 2.

Mortgagor: Germania Acosta
Mortgagee: Lancaster Mortgage Bankers
Dated: 06/23/2005
Recorded: 06/23/2002
BK 9589, PG 85-94

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 07-22479-MBK

Lancaster Mortgage Bankers, LLC                                                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lancaster Mortgage Bankers, LLC, 20 Independence Boulevard, Warren, NJ 07059-2731 |
| aty | + | Vincent F. Papalia, Saiber, LLC, 18 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2266 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Interested Party Michael A Cohn agreenberg@hgllclaw.com  btemple@hgllclaw.com |
| Alexandra T. Garcia | on behalf of Creditor Specialized Loan Servicing  LLC as servicer for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-12ALT, Asset-Backed Certificates, Series 2005-12ALT NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor U.S. Bank U.S. Bank National Association  as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Saxon Mortgage Services  Inc. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Kondaur Capital Corporation NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |

District/off: 0312-3            User: admin            Page 2 of 4

Date Rcvd: May 25, 2023            Form ID: pdf903            Total Noticed: 2

Alexandra T. Garcia

on behalf of Creditor U.S. Bank National Association  as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR
NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia

on behalf of Creditor U.S. Bank National Association  as Trustee NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia

on behalf of Creditor ONEWEST BANK FSB NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Allen I Gorski

on behalf of Plaintiff Peggy Stalford agorski@gorskiknowlton.com

Brenda L. Brogdon

on behalf of Creditor National City Mortgage Company mcohen@mwc-law.com  jhillier@mwc-law.com

Brenda L. Brogdon

on behalf of Creditor Specialized Loan Servicing  LLC mcohen@mwc-law.com, jhillier@mwc-law.com

Brian C. Nicholas

on behalf of Creditor The Bank of New York Trust Company  N.A. as successor to JPMorgan Chase Bank, National Association,
f/k/a JPMorgan Chase Bank,as Trustee For Truman Capital Mortgage Loan Trust 2006-1 bankruptcynotice@zuckergoldberg.com,
bkgroup@kmllawgroup.com

Christine A. Pinto

on behalf of Creditor Specialized Loan Servicing  LLC BKcourtnotices@parkermccay.com

Christine A. Pinto

on behalf of Creditor ONEWEST BANK FSB BKcourtnotices@parkermccay.com

Christine A. Pinto

on behalf of Creditor OneWest Bank  FSB as Servicer for Deutsche Bank National Trust Company
BKcourtnotices@parkermccay.com

Colin R. Robinson

on behalf of Defendant Elliott Salzman crobinson@pszjlaw.com

Colin R. Robinson

on behalf of Defendant Michael Brennan crobinson@pszjlaw.com

David L. Stevens

on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS  INC. dstevens@scura.com,
ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@
scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

Denise E. Carlon

on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7
Asset-BackedCertificates, TMTS Series 2006-7 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

Dori L. Scovish

on behalf of Unknown Role Type Countrywide Home Loans doris@efwlaw.com

Dori L. Scovish

on behalf of Creditor REO Properties Corporation c/o Green Tree Servicing  LLC doris@efwlaw.com

Dori L. Scovish

on behalf of Creditor Deutsche Bank c/o Courntrywide Home Loans  Inc. doris@efwlaw.com

Dori L. Scovish

on behalf of Creditor Deutsche Bank National Trust Company as Trustee  c/o BAC Home Loans Servicing, LP
doris@efwlaw.com

Emmanuel J. Argentieri

on behalf of Unknown Role Type Countrywide Home Loans bk@rgalegal.com

Emmanuel J. Argentieri

on behalf of Creditor IndyMac Bank FSB bk@rgalegal.com

Emmanuel J. Argentieri

on behalf of Creditor IndyMac Bank  F.S.B. bk@rgalegal.com

Emmanuel J. Argentieri

on behalf of Creditor Specialized Loan Servicing  LLC bk@rgalegal.com

Emmanuel J. Argentieri

on behalf of Defendant IndyMac Bank  FSB and as Successor in Interest to IndyMAc Mortgage Holdings, Inc. bk@rgalegal.com

Emmanuel J. Argentieri

on behalf of Creditor Indymac Federal Bank FSB bk@rgalegal.com

Herbert K. Ryder

on behalf of Defendant JP Morgan Chase hk3ryder@gmail.com  G16776@notify.cincompass.com

District/off: 0312-3

Date Rcvd: May 25, 2023

User: admin

Form ID: pdf903

Page 3 of 4

Total Noticed: 2

J. Alex Kress

on behalf of Interested Party FDIC  as Receiver for Indymac Federal Bank, FSB akress@chapman.com

J. Alex Kress

on behalf of Defendant FDIC as Receiver of IndyMac Federal Bank akress@chapman.com

J. Alex Kress

on behalf of Defendant IndyMac Bank  FSB akress@chapman.com

J. Alex Kress

on behalf of Defendant Deutsche Bank National Trust Company as Trustee Under the Pooling and Servicing Agreement Series
INABS 2006-B akress@chapman.com

J. Alex Kress

on behalf of Defendant FDIC  as Receiver for Indymac Federal Bank, FSB akress@chapman.com

Jaimie B. Finberg

on behalf of Creditor Litton Loan Servicing LP servicer for The Bank of New York Mellon f/k/a The Bank of New York as
Trustee on Behalf of the Holders of the Terwin Mortgage Trust 2007-6ALT Asset-Backed Certificates Series
nj.bkecf@fedphe.com

Jaimie B. Finberg

on behalf of Defendant HSBC Bank USA  National Association as Trustee for Nomura Asset Backed Certificate Series 2006-API
nj.bkecf@fedphe.com

Jaimie B. Finberg

on behalf of Creditor Bank United nj.bkecf@fedphe.com

Jaimie B. Finberg

on behalf of Defendant Wells Fargo Bank  N.A., servicer for HSBC Bank, USA National Association, as Trustee for Nomura
Asset Backed Certificate Series 2006-AF1 nj.bkecf@fedphe.com

Jaimie B. Finberg

on behalf of Defendant U. S. Bank National Association as Trustee for Master Asset Backed Securities Trust 2005-AB1
nj.bkecf@fedphe.com

Jaimie B. Finberg

on behalf of Defendant HSBC BANK USA NATIONAL ASSOCIATION As Trustee for Deutsche Bank Alt 2006-AB2
nj.bkecf@fedphe.com

Jaimie B. Finberg

on behalf of Defendant Wells Fargo Bank  N.A., servicer for U.S. Bank National Association, as Trustee for Master Asset Backed
Securities Trust 2005-AB1 nj.bkecf@fedphe.com

Jaimie B. Finberg

on behalf of Defendant Wells Fargo Bank  N.A., servicer for HSBC Bank, USA National Association, as Trustee for Deutsche
Bank ALT 2006-AB2 nj.bkecf@fedphe.com

Karen B. Olson

on behalf of Interested Party GMAC MORTGAGE  LLC kbo@kkmllp.com

Kristen D. Little

on behalf of Interested Party DLJ MORTGAGE CAPITAL  INC., kdlittleecf@gmail.com

Marisa Myers Cohen

on behalf of Creditor National City Mortgage Company nj-ecfmail@mwc-law.com  jhillier@mwc-law.com

Melissa N. Licker

on behalf of Creditor ONEWEST BANK  FSB mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Michael J. Milstead

on behalf of Non Compliance Michael J Milstead bkecf@milsteadlaw.com  bkecf@milsteadlaw.com

Mitchell Malzberg

on behalf of Trustee Peggy E. Stalford mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Nelson Diaz

on behalf of Creditor U.S. Bank National Association  as Trustee ndiaz@privatelenderlaw.com, bkecf@milsteadlaw.com

Peggy E. Stalford

 pstalford@pstrustee.com;admin@remote7solutions.com,krichter@pstrustee.com,NJ96@ecfcbis.com

R. A. Lebron

on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@fskslaw.com

R. A. Lebron

on behalf of Creditor EMC MORTGAGE CORPORATION  AS SERVICER FOR, U.S. BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR CERTIFICATHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED
CERTIFICATES, SERIES 2005-AC6 bankruptcy@fskslaw.com

R. A. Lebron

on behalf of Creditor UBS SPECIAL SERVICING GROUP  as servicer for ACT PROPERTIES, LLC bankruptcy@fskslaw.com

R. A. Lebron
          on behalf of Creditor LANCASTER MORTGAGE BANKERS LLC., D/B/A/ DIRECT LENDING GROUP
          bankruptcy@fskslaw.com

R. A. Lebron
          on behalf of Creditor CHASE HOME FINANCE LLC, as servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION,
          AS TRUSTEE FOR MORGAN STANLEY CAPITAL INC. TRUST 2006-HE1, MORTGAGE PASS THROUGH
          CERTIFICATES, SERIES 2006-HE1 bankruptcy@fskslaw.com

R. A. Lebron
          on behalf of Creditor ONEWEST BANK FSB bankruptcy@fskslaw.com

R. A. Lebron
          on behalf of Creditor BELTWAY CAPITAL LLC bankruptcy@fskslaw.com

R. A. Lebron
          on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS INC. bankruptcy@fskslaw.com

R. A. Lebron
          on behalf of Creditor IndyMac Bank F.S.B. bankruptcy@fskslaw.com

R. A. Lebron
          on behalf of Creditor Beltway Capital Management LLC bankruptcy@fskslaw.com

R. A. Lebron
          on behalf of Creditor JP Morgan Chase Bank N.A. bankruptcy@fskslaw.com

R. A. Lebron
          on behalf of Creditor EMC Mortgage Corporation bankruptcy@fskslaw.com

R. A. Lebron
          on behalf of Creditor American Home Mortgage Servicing Inc. bankruptcy@fskslaw.com

Richard D. Trenk
          on behalf of Creditor Normandy Warren Holdings LLC rtrenk@trenkisabel.law, cdeangelis@trenkisabel.law

Richard D. Trenk
          on behalf of Creditor Normandy Real Estate Partners rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Scott D. Sherman
          on behalf of Creditor First Niagara Leasing Inc. ssherman@minionsherman.com

Scott S. Rever
          on behalf of Defendant Joseph Bentivegna srever@genovaburns.com
          srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Steven J. Mitnick
          on behalf of Counter-Defendant Peggy E. Stalford Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com

Steven J. Mitnick
          on behalf of Trustee Peggy E. Stalford smitnick@mmpclawfirm.com  lindsay@sm-lawpc.com

Steven J. Mitnick
          on behalf of Plaintiff Peggy E. Stalford Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com

Steven J. Mitnick
          on behalf of Plaintiff Peggy E. Stalford smitnick@mmpclawfirm.com  lindsay@sm-lawpc.com

Steven J. Mitnick
          on behalf of Interested Party SM Financial Services Corporation smitnick@sm-lawpc.com  lindsay@sm-lawpc.com

Steven J. Mitnick
          on behalf of Plaintiff Peggy Stalford Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com

Steven J. Mitnick
          on behalf of Attorney Mitnick & Malzberg P.C. smitnick@mmpclawfirm.com  lindsay@sm-lawpc.com

Warren S. Wolf
          on behalf of Defendant Green Tree Loan Servicing LLC wwolf@goldbergwolf.com

Warren S. Wolf
          on behalf of Creditor OCWEN LOAN SERVICING LCC. wwolf@goldbergwolf.com

Warren S. Wolf
          on behalf of Defendant REO Properties Corporation wwolf@goldbergwolf.com

TOTAL: 78