UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on May 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lancaster Mortgage Bankers, LLC

Case No.: _____ 07-22479 _____

Chapter: _____ 7 _____

Judge: _____ Michael B. Kaplan _____

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

—

**DATED: May 1, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____ Steven J. Mitnick _____ for the reduction of
time for a hearing on _Motion for An Order to Discharge of the Mortgage with regard to 289-291 Forest_
_Hills Street, Boston (Jamaica Plain) MA 02130_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ May 9, 2024 _____ at _10:00 am_ in
the United States Bankruptcy Court, _____ 402 East State Street, Trenton, New Jersey 08608 _____,
Courtroom No. ___8___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
_Trustee and any and all interested parties._

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☐ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*