| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>STEVEN MITNICK, ESQ., SM0556<br>SM Law PC<br>PO BOX 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>*Counsel to SM Financial Services Corporation* | <br>**Order Filed on May 9, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP<br><br>Debtor. | Case No.: 07-22479/MBK<br><br>Judge: Honorable Michael B. Kaplan |

**ORDER DISCHARGING THE MORTGAGE WITH REGARD TO 289-291 FOREST HILLS STREET, BOSTON (JAMAICA PLAIN), MA 02130**

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: May 9, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
**LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP**
**Case No.: 07-22479/MBK**
**ORDER DISCHARGING THE MORTGAGE WITH REGARD TO 289-291 FOREST HILLS STREET, BOSTON (JAMAICA PLAIN), MA 02130**

_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through SM Financial Services Corporation's counsel seeking an Order to Discharge of the Mortgage with Regard to 289-291 Forest Hills Street, Boston (Jamaica Plain), MA 02130, and the Court having considered same and for good cause:

IT IS ORDERED that:

The mortgage held by Lancaster Mortgage Bankers, LLC d/b/a Lancaster Mortgage with regard to the 289-291 Forest Hills Street, Boston (Jamaica Plain), MA 02130 as detailed below is discharged.

> Mortgagor: Mariano Pereyra
> Mortgagee: Lancaster Mortgage Bankers, LLC d/b/a Lancaster Mortgage
> Dated: November 8, 2005
> Recorded: November 14, 2005
> BK: 38465 Pg: 200

SM Financial Services Corporation is authorized to execute the Discharge of Mortgage with regard to the Property as annexed as Exhibit "E" to the Certification of Steven Mitnick, Esq.