STEVEN MITNICK, ESQ., SM0556
S. Mitnick Law PC
PO Box 530
49 Old Turnpike Road
Oldwick, New Jersey 08858
(908) 572-7275
Counsel to the SM Financial Services Corporation

Order Filed on July 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 7 |
| LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP, | Case No. 07-22479/MBK |
| Debtor. | Judge: Honorable Michael B. Kaplan |

ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: July 7, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of SM Financial Services Corporation in the above-captioned chapter 7 bankruptcy case for a reduction of time for a hearing on his *Application Shortening Time of an Order Discharging Mortgage* with regard to 41-43 Virginia Street, Springfield, MA 01108 under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __July 10_____, 2025 at __10:00 am__ in the United States Bankruptcy Court, 402 East State Street, Trenton, N.J. 08608, Courtroom #8.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

__Trustee and any and all interested parties._____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

2

☐ is not required

☐ must be provided to _____

☒ on the same day as the date of this Order, or

☐ within ____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail ___ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute the motion/ application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.