| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>STEVEN MITNICK, ESQ., SM0556<br>S. Mitnick Law PC<br>PO BOX 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>*Counsel to SM Financial Services Corporation* | <br>**Order Filed on July 11, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP<br><br>Debtor. | Case No.: 07-22479/MBK<br><br>Judge: Honorable Michael B. Kaplan |

**ORDER DISCHARGING THE MORTGAGE WITH REGARD TO 41-43 VIRGINIA STREET, SPRINGFIELD, MA 01108**

The relief set forth on the following pages, numbered two (2) through (2)  is hereby **ORDERED**.

**DATED: July 11, 2025**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
**LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP**
**Case No.: 07-22479/MBK**
**ORDER DISCHARGING THE MORTGAGE WITH REGARD TO 41-43 VIRGINIA STREET, SPRINGFIELD, MA 01108**
_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through SM Financial Services Corporation's counsel seeking an Order to Discharge of the Mortgage with Regard to 41-43 Virginia Street, Springfield, MA 01108, and the Court having considered same and for good cause:

IT IS ORDERED that:

The mortgage held by Lancaster Mortgage Bankers, LLC d/b/a Lancaster Mortgage with regard to the 41-43 Virginia Street, Springfield, MA 01108 as detailed below is discharged.

> Mortgagor: Lloyd Harris and Carol Harris
> Mortgagee: Lancaster Mortgage Bankers, LLC d/b/a Lancaster Mortgage
> Dated: October 28, 2005
> Recorded: October 31, 2005
> BK: 15454 Pg: 477

SM Financial Services Corporation is authorized to execute the Discharge of Mortgage with regard to the Property as annexed as Exhibit "D" to the Certification of Steven Mitnick, Esq.