| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| *Caption in Compliance with D.N.J. LBR 9004-2(c)*<br>STEVEN MITNICK, ESQ., SM0556<br>S. Mitnick Law PC<br>PO BOX 530<br>49 Old Turnpike Road<br>Oldwick, New Jersey 08858<br>(908) 572-7275<br>*Counsel to SM Financial Services Corporation* |
| In Re:<br><br>LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP<br><br>                                  Debtor. |



Order Filed on July 11, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 07-22479/MBK

Judge: Honorable Michael B. Kaplan

**ORDER DISCHARGING THE MORTGAGE WITH REGARD TO 41-43 VIRGINIA STREET, SPRINGFIELD, MA 01108**

The relief set forth on the following pages, numbered two (2) through (2)  is hereby **ORDERED**.

**DATED: July 11, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
**LANCASTER MORTGAGE BANKERS, LLC d/b/a DIRECT LENDING GROUP**
**Case No.: 07-22479/MBK**
**ORDER DISCHARGING THE MORTGAGE WITH REGARD TO 41-43 VIRGINIA STREET, SPRINGFIELD, MA 01108**
_____

THIS MATTER having been opened by this Court by way of a Notice of Motion by and through SM Financial Services Corporation's counsel seeking an Order to Discharge of the Mortgage with Regard to 41-43 Virginia Street, Springfield, MA 01108, and the Court having considered same and for good cause:

IT IS ORDERED that:

The mortgage held by Lancaster Mortgage Bankers, LLC d/b/a Lancaster Mortgage with regard to the 41-43 Virginia Street, Springfield, MA 01108  as detailed below  is discharged.

> Mortgagor: Lloyd Harris and Carol Harris
> Mortgagee: Lancaster Mortgage Bankers, LLC d/b/a Lancaster Mortgage
> Dated: October 28, 2005
> Recorded: October 31, 2005
> BK: 15454 Pg: 477

SM Financial Services Corporation is authorized to execute the Discharge of Mortgage with regard to the Property as annexed  as Exhibit "D" to the Certification of Steven Mitnick, Esq.

United States Bankruptcy Court
District of New Jersey

In re:  
Lancaster Mortgage Bankers, LLC  
    Debtor

Case No. 07-22479-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Jul 11, 2025     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lancaster Mortgage Bankers, LLC, 20 Independence Boulevard, Warren, NJ 07059-2731 |
| aty | + Vincent F. Papalia, Saiber, LLC, 18 Columbia Turnpike, Suite 200, Florham Park, NJ 07932-2266 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2025      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Interested Party Michael A Cohn agreenberg@hgllclaw.com btemple@hgllclaw.com |
| Alexandra T. Garcia | on behalf of Creditor Specialized Loan Servicing LLC as servicer for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-12ALT, Asset-Backed Certificates, Series 2005-12ALT NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor U.S. Bank U.S. Bank National Association as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Saxon Mortgage Services Inc. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Kondaur Capital Corporation NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |

Case 07-22479-MBK    Doc 1654    Filed 07/13/25    Entered 07/14/25 00:18:19    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2025 | Form ID: pdf903 | Total Noticed: 2 |

Alexandra T. Garcia
    on behalf of Creditor U.S. Bank National Association as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia
    on behalf of Creditor U.S. Bank National Association as Trustee NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia
    on behalf of Creditor ONEWEST BANK FSB NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com

Allen I Gorski
    on behalf of Plaintiff Peggy Stalford agorski@gorskiknowlton.com

Brenda L. Brogdon
    on behalf of Creditor National City Mortgage Company mcohen@mwc-law.com jhillier@mwc-law.com

Brenda L. Brogdon
    on behalf of Creditor Specialized Loan Servicing LLC mcohen@mwc-law.com, jhillier@mwc-law.com

Brian C. Nicholas
    on behalf of Creditor The Bank of New York Trust Company N.A. as successor to JPMorgan Chase Bank, National Association, f/k/a JPMorgan Chase Bank,as Trustee For Truman Capital Mortgage Loan Trust 2006-1 brian+ecf@briannicholas.com, bkgroup@kmllawgroup.com

Christine A. Pinto
    on behalf of Creditor Specialized Loan Servicing LLC BKcourtnotices@parkermccay.com

Christine A. Pinto
    on behalf of Creditor ONEWEST BANK FSB BKcourtnotices@parkermccay.com

Christine A. Pinto
    on behalf of Creditor OneWest Bank FSB as Servicer for Deutsche Bank National Trust Company BKcourtnotices@parkermccay.com

Colin R. Robinson
    on behalf of Defendant Elliott Salzman robinson@lrclaw.com

Colin R. Robinson
    on behalf of Defendant Michael Brennan robinson@lrclaw.com

David L. Stevens
    on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS INC. dstevens@scura.com, dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-7 Asset-BackedCertificates, TMTS Series 2006-7 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com

Dori L. Scovish
    on behalf of Unknown Role Type Countrywide Home Loans doris@efwlaw.com

Dori L. Scovish
    on behalf of Creditor REO Properties Corporation c/o Green Tree Servicing LLC doris@efwlaw.com

Dori L. Scovish
    on behalf of Creditor Deutsche Bank c/o Courntrywide Home Loans Inc. doris@efwlaw.com

Dori L. Scovish
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee c/o BAC Home Loans Servicing, LP doris@efwlaw.com

Emmanuel J. Argentieri
    on behalf of Unknown Role Type Countrywide Home Loans bk@rgalegal.com

Emmanuel J. Argentieri
    on behalf of Creditor IndyMac Bank FSB bk@rgalegal.com

Emmanuel J. Argentieri
    on behalf of Creditor IndyMac Bank F.S.B. bk@rgalegal.com

Emmanuel J. Argentieri
    on behalf of Creditor Specialized Loan Servicing LLC bk@rgalegal.com

Emmanuel J. Argentieri
    on behalf of Defendant IndyMac Bank FSB and as Successor in Interest to IndyMAc Mortgage Holdings, Inc. bk@rgalegal.com

Emmanuel J. Argentieri
    on behalf of Creditor Indymac Federal Bank FSB bk@rgalegal.com

Herbert K. Ryder
    on behalf of Defendant JP Morgan Chase hk3ryder@gmail.com g16776@notify.cincompass.com;ryder.herbertb124178@notify.bestcase.com

| | |
|---|---|
| J. Alex Kress | on behalf of Interested Party FDIC as Receiver for Indymac Federal Bank, FSB akress@chapman.com |
| J. Alex Kress | on behalf of Defendant FDIC as Receiver of IndyMac Federal Bank akress@chapman.com |
| J. Alex Kress | on behalf of Defendant IndyMac Bank FSB akress@chapman.com |
| J. Alex Kress | on behalf of Defendant Deutsche Bank National Trust Company as Trustee Under the Pooling and Servicing Agreement Series INABS 2006-B akress@chapman.com |
| J. Alex Kress | on behalf of Defendant FDIC as Receiver for Indymac Federal Bank, FSB akress@chapman.com |
| Jaimie B. Finberg | on behalf of Creditor Litton Loan Servicing LP servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trustee on Behalf of the Holders of the Terwin Mortgage Trust 2007-6ALT Asset-Backed Certificates Series nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant HSBC Bank USA National Association as Trustee for Nomura Asset Backed Certificate Series 2006-API nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Creditor Bank United nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant Wells Fargo Bank N.A., servicer for HSBC Bank, USA National Association, as Trustee for Nomura Asset Backed Certificate Series 2006-AF1 nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant U. S. Bank National Association as Trustee for Master Asset Backed Securities Trust 2005-AB1 nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant HSBC BANK USA NATIONAL ASSOCIATION As Trustee for Deutsche Bank Alt 2006-AB2 nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant Wells Fargo Bank N.A., servicer for U.S. Bank National Association, as Trustee for Master Asset Backed Securities Trust 2005-AB1 nj.bkecf@fedphe.com |
| Jaimie B. Finberg | on behalf of Defendant Wells Fargo Bank N.A., servicer for HSBC Bank, USA National Association, as Trustee for Deutsche Bank ALT 2006-AB2 nj.bkecf@fedphe.com |
| Karen B. Olson | on behalf of Interested Party GMAC MORTGAGE LLC kbo@kkmllp.com |
| Kristen D. Little | on behalf of Interested Party DLJ MORTGAGE CAPITAL INC., KRLITTLE@FIRSTAM.COM |
| Marisa Myers Cohen | on behalf of Creditor National City Mortgage Company nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| Melissa N. Licker | on behalf of Creditor ONEWEST BANK FSB mlicker@hinshawlaw.com |
| Michael J. Milstead | on behalf of Non Compliance Michael J Milstead bkecf@milsteadlaw.com bkecf@milsteadlaw.com |
| Mitchell Malzberg | on behalf of Trustee Peggy E. Stalford mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com |
| Nelson Diaz | on behalf of Creditor U.S. Bank National Association as Trustee ndiaz@privatelenderlaw.com, bkecf@milsteadlaw.com |
| Peggy E. Stalford | pstalford@pstrustee.com;admin@remote7solutions.com,krichter@pstrustee.com,NJ96@ecfcbis.com |
| R. A. Lebron | on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor EMC MORTGAGE CORPORATION AS SERVICER FOR, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-AC6 bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor UBS SPECIAL SERVICING GROUP as servicer for ACT PROPERTIES, LLC bankruptcy@fskslaw.com |

| Case 07-22479-MBK | Doc 1654 | Filed 07/13/25 | Entered 07/14/25 00:18:19 | Desc |
| Imaged Certificate of Notice | | Page 6 of 6 | | |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2025 | Form ID: pdf903 | Total Noticed: 2 |

R. A. Lebron
on behalf of Creditor LANCASTER MORTGAGE BANKERS LLC., D/B/A/ DIRECT LENDING GROUP bankruptcy@fskslaw.com

R. A. Lebron
on behalf of Creditor CHASE HOME FINANCE LLC, as servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY CAPITAL INC. TRUST 2006-HE1, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-HE1 bankruptcy@fskslaw.com

R. A. Lebron
on behalf of Creditor ONEWEST BANK FSB bankruptcy@fskslaw.com

R. A. Lebron
on behalf of Creditor BELTWAY CAPITAL LLC bankruptcy@fskslaw.com

R. A. Lebron
on behalf of Creditor RESIDENTIAL CREDIT SOLUTIONS INC. bankruptcy@fskslaw.com

R. A. Lebron
on behalf of Creditor IndyMac Bank F.S.B. bankruptcy@fskslaw.com

R. A. Lebron
on behalf of Creditor Beltway Capital Management LLC bankruptcy@fskslaw.com

R. A. Lebron
on behalf of Creditor JP Morgan Chase Bank N.A. bankruptcy@fskslaw.com

R. A. Lebron
on behalf of Creditor EMC Mortgage Corporation bankruptcy@fskslaw.com

R. A. Lebron
on behalf of Creditor American Home Mortgage Servicing Inc. bankruptcy@fskslaw.com

Richard D. Trenk
on behalf of Creditor Normandy Warren Holdings LLC rtrenk@trenkisabel.law, averdugo@tisslaw.com

Richard D. Trenk
on behalf of Creditor Normandy Real Estate Partners rtrenk@trenkisabel.law averdugo@tisslaw.com

Scott D. Sherman
on behalf of Creditor First Niagara Leasing Inc. ssherman@minionsherman.com

Scott S. Rever
on behalf of Defendant Joseph Bentivegna srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Steven J. Mitnick
on behalf of Counter-Defendant Peggy E. Stalford Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com

Steven J. Mitnick
on behalf of Trustee Peggy E. Stalford smitnick@mmpclawfirm.com lindsay@sm-lawpc.com

Steven J. Mitnick
on behalf of Plaintiff Peggy E. Stalford Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com

Steven J. Mitnick
on behalf of Plaintiff Peggy E. Stalford smitnick@mmpclawfirm.com lindsay@sm-lawpc.com

Steven J. Mitnick
on behalf of Interested Party SM Financial Services Corporation smitnick@sm-lawpc.com lindsay@sm-lawpc.com

Steven J. Mitnick
on behalf of Plaintiff Peggy Stalford Trustee smitnick@mmpclawfirm.com, lindsay@sm-lawpc.com

Steven J. Mitnick
on behalf of Attorney Mitnick & Malzberg P.C. smitnick@mmpclawfirm.com lindsay@sm-lawpc.com

Warren S. Wolf
on behalf of Defendant Green Tree Loan Servicing LLC wwolf@goldbergwolf.com

Warren S. Wolf
on behalf of Creditor OCWEN LOAN SERVICING LCC. wwolf@goldbergwolf.com

Warren S. Wolf
on behalf of Defendant REO Properties Corporation wwolf@goldbergwolf.com

TOTAL: 78